UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:

H/P SUPERIOR, INC.

d/b/a ST. FRANCIS HOME IN THE PARK
Debtor.

Chapter: 11
Case No: 14-71797 pwb

## AFFIDAVIT OF MARK J. WILD

STATE OF WISCONSIN    )
                      ) ss.
COUNTY OF DANE        )

MARK J. WILD, being first duly sworn, upon oath deposes and says that:

1. I am an Attorney in the Office of Legal Counsel of the Department of Health Services, and make this statement based on my review of the documents and records of the Department.

2. As of October 1, 2014, Debtor owes Wisconsin $2,487,056 in bed assessments, interest and penalties, and has failed to pay such charges for at least 4 years.

3. As of October 1, 2014, Wisconsin holds $2,574,808 of Medicaid reimbursement funds that would have been paid to the debtor if it had paid its bed assessments.

4. The unpaid balance of this Debtor's bed assessment obligations exceeds the amount owed for such charges by any other provider at any time.

_____
MARK J. WILD

F. Mark Bromley, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
Telephone: 608-264-6201
Fax: 608-267-8906
bromleyfm@doj.state.wi.

Subscribed and sworn to before me this
25th day of November, 2014.

*[signature]*

Notary Public, State of Wisconsin
My commission expires: _is permanent_

*[Notary seal: HEATHER CURNUTT, NOTARY PUBLIC, STATE OF WISCONSIN]*