

**IT IS ORDERED as set forth below:**

**Date: June 30, 2015**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>HP / SUPERIOR, INC., and<br>SUPERIOR HEALTHCARE INVESTORS, INC.,<br><br>Debtors. | CHAPTER 11<br><br>Jointly administered under<br>CASE NO. 14-71797-pwb |

### ORDER EXTENDING CLOSING DATE

THIS CAUSE came before the Court upon the Consent Motion for Entry of Order Extending Closing Date filed by Superior WI Realty, LLC ("Purchaser") on June 23, 2015 (the "Motion"). The Court having reviewed the Motion and the record in this case, and having considered the argument of counsel at the hearing (if any), and it appearing that the Motion is in the best interests of Debtors HP/ Superior, Inc., d/b/a St. Francis in the Park ("HP") and Superior Healthcare Investors, Inc. ("SHI", together with HP, the "Debtors") and their respective estates and that Debtors have consented to the entry of the relief set forth herein, and it further appearing

that due and adequate notice of the Motion has been provided to all necessary parties, for good cause shown and for all of the reasons set forth in this Court's March 24, 2015 Order Granting Debtors' Motion (A) for Authority to Sell Assets Free and Clear of Liens, Claims, and Encumbrances (B) to Assume and Assign Certain Executory Contracts; (C) to Establish Procedures with Respect to Such Sale and the Assumption and Assignment of Executory Contracts, (D) to Consider Approval of Breakup Fee, and (E) to Shorten and Limited Notice [Docket No. 84] (the "Sale Order"), it is hereby:

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the deadline for Debtors and Purchaser to close on the Sale contemplated by the Sale Order is hereby extended through and including July 1, 2015; and it is further

ORDERED that all other terms of the Purchase Agreement remain in full force and effect and are unaltered by entry of this Order; and it is further

ORDERED that the findings of fact and conclusions of law set forth by the Court in the Sale Order are hereby incorporated herein by reference in their entirety.

[**END OF DOCUMENT**]

Prepared and presented by:

McKENNA LONG & ALDRIDGE LLP

/s/ David E. Gordon
David E. Gordon
Georgia Bar No. 111877
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
T:	(404) 527-4117
F:	(404) 527-4198
E:	dgordon@mckennalong.com

*Counsel to Superior WI Realty, LLC*

**Distribution List**

Ashley Reynolds Ray
J. Robert Williamson
SCROGGINS & WILLIAMSON, P.C.
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303

David S. Weidenbaum
OFFICE OF THE UNITED STATES TRUSTEE
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

G. Frank Nason, IV
LAMBERTH, CIFELLI, STOKES ELLIS & NASON, P.A.
3343 Peachtree Road, N.E.
East Tower, Suite 550
Atlanta, GA 30326-1009

Kevin A. Stine
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ P.C.
3414 Peachtree Road, NE
Suite 1600
Atlanta, GA 30326

David E. Gordon
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308

Robert R. Kanuit
FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.
302 West Superior Street
Suite 700
Duluth, MN 55802

Royalton Manor, LLC
B8 Aspen Court
Superior, WI 54880