UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| SUPERIOR HEALTHCARE INVESTORS, INC., | : | |
| | : | Case No. 15-50439-pwb |
| Debtor | : | |
| _____ | : | |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM 7/1/15 TO 7/31/15

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


_/s/ G. Frank Nason, IV_
Attorney for Debtor's Signature


Debtor's Address
and Phone Number:

c/o AltaCare Corporation

3050 Royal Blvd

Suite 190

Alpharetta, GA 30022

(770) 870-2813

Attorney's Address
and Phone Number:

G. Frank Nason, IV

Lamberth, Cifelli, Ellis & Nason, P.A.

3343 Peachtree Rd, Suite 550

Atlanta, GA 30326

(404) 262-7373

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm


MOR-1

### SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING 7/1/2015 AND ENDING 7/31/2015

Name of Debtor:  Superior Healthcare Investors, Inc.  Case Number 15-50439-PWB
Date of Petition:  1/6/2015

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 0.00 (a) | 0.00 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | 0.00 | 0.00 |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts (See MOR-3) | 2,000,000.00[1] | 2,000,000.00 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 2,000,000.00 | 2,000,000.00 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 2,000,000.00 | 2,000,000.00 |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments (See Attach. 2) | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net (See Attachment 4B) | | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments (See Attach. 2) | | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | |
| Q. Taxes Paid - Other (See Attachment 4C) | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | |
| V. Vehicle Expenses | 586,448.07 | 586,448.07 |
| W. Other Operating Expenses (See MOR-3) | | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 586,448.07 | 586,448.07 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 1,413,551.93 (c) | 1,413,551.93 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _3rd_ day of _Octo_ , 2015.

_____ (Signature)

---

[1] Allocated portion of sale price for operating facility. Proceeds held in trust with counsel for joint debtor, HP/Superior, Inc.

MOR-2

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Allocated Portion of Sale Proceeds | 2,000,000.00 | 2,000,000.00 |
| | | |
| | | |
| | | |
| | | |
| **TOTAL OTHER RECEIPTS** | 2,000,000.00 | 2,000,000.00 |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Douglas County Treasurer  Prior Year Taxes | 531,755.84 | 531,755.84 |
| Douglas County personal Property Taxes | 20,491.20 | 20,491.20 |
| Douglas County Treasurer 2015 taxes | 34,201.03 | 34,201.03 |
| | | |
| | | |
| | | |
| | | |
| **TOTAL OTHER DISBURSEMENTS** | 586,448.07 | 586,448.07 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: <u>Superior Healthcare Investors, Inc.</u>    Case Number:  <u>15-50439-PWB</u>

Reporting Period beginning 7/<u>1/2015</u>    Period ending 7/<u>31/2015</u>

ACCOUNTS RECEIVABLE AT PETITION DATE:  <u>None</u>
**Note:** There is unpaid rent and expenses due prepetition from related administratively consolidated debtor
HP/Superior, Inc., but no receivables in the traditional sense.

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have
not been received):

|  |  |  |
|---|---|---|
| Beginning of Month Balance | $_____ | (a) |
| PLUS: Current Month New Billings |  |  |
| MINUS: Collection During the Month | $_____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $_____ | * |
| End of Month Balance | $_____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ |  |
| _____ | _____ |  |
| _____ | _____ |  |
| _____ | _____ |  |

## ATTACHMENT 5
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: <u>Superior Healthcare Investors, Inc.</u>    Case Number: <u>15-50439-PWB</u>

Reporting Period beginning <u>7/1/2015</u>        Period ending <u>7/31/2015</u>

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | None | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT

(b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ None | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | (d) |

## ATTACHMENT 5

## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: <u>Superior Healthcare Investors, Inc.</u>    Case Number: <u>15-50439-PWB</u>

Reporting Period beginning <u>7/1/2015</u>        Period ending 7/<u>31/2015</u>

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:        $  <u>None</u>
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month        $ _____ (a)
        PLUS: Inventory Purchased During Month    $ _____
        MINUS: Inventory Used or Sold        $ _____
        PLUS/MINUS: Adjustments or Write-downs    $ _____ *
    Inventory on Hand at End of Month        $ _____

METHOD OF COSTING INVENTORY:

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| _____ % | _____ % | _____ % | _____ % | = | _____ 100% * |

* Aging Percentages must equal 100%.
☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: <u>$2,400,000</u>   (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):  <u>Real Property at 1800 New York Avenue, Superior,</u>
<u>WI 54880</u>

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month        $ _____ (a)(b)
    MINUS:  Depreciation Expense        $ _____
    PLUS:  New Purchases            $ _____
    PLUS/MINUS: Adjustments or Write-downs    $ _____ *
Ending Monthly Balance                $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE
REPORTING PERIOD:  <u>Facility Sold</u>

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: <u>Superior Healthcare Investors, Inc.</u>        Case Number: <u>15-50439-PWB</u>

Reporting Period beginning <u>7/1/2015</u>        Period ending <u>7/31/2015</u>

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at <u>http://www.usdoj.gov/ust/r21/reg_info.htm</u>. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: <u>Nat'l Bank of Commerce</u>        BRANCH:

ACCOUNT NAME: <u>HP Superior Deposits</u>        ACCOUNT NUMBER: <u>xxxx2463</u>

PURPOSE OF ACCOUNT: <u>Collection and Remittance of HP Superior Receivables</u>

    Description: <u>Although this account is in the name of Superior Healthcare Investors, Inc. ("SHI"), all funds collected are property of related debtor HP/Superior, Inc. ("HP"), and are treated as collections of HP and are transferred to HP. The collections are not disbursed by SHI to any entity other than HP, and such intercompany transfers are not treated as disbursements.</u>.

**ATTACHMENT 3A**

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: <u>Superior Healthcare Investors, Inc.</u>        Case Number: <u>15-50439-PWB</u>

Reporting Period beginning <u>7/1/2015</u>        Period ending <u>7/31/2015</u>

NAME OF BANK:  <u>Nat'l Bank of Commerce</u>    BRANCH:

ACCOUNT NAME:  <u>HP Superior Deposits</u>

ACCOUNT NUMBER:  <u>xxxx2463</u>

PURPOSE OF ACCOUNT:  <u>Collection and Remittance of HP Superior Receivables</u>

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL

$




**National Bank**
of Commerce

PO Box 99
1127 Tower Avenue
Superior, WI 54880
715.394.5531

nbcbanking.com          Member FDIC

```
                                                    Date  7/31/15          Page    1
                              4232 1 SP 0.485       Primary Account  Ending       2463
                                                                            Enclosures
```

C 16
S 4232

SUPERIOR HEALTHCARE INVESTORS INC
3050 ROYAL L BLVD SOUTH
SUITE 190
ALPHARETTA GA 30022



```
                    * * * CHECKING ACCOUNTS * * *

          Account Title: SUPERIOR HEALTHCARE INVESTORS INC

     WE ARE TAKING PRECAUTIONS TO PROTECT OUR DEBIT CARD CUSTOMERS FROM FRAUDULENT
     TRANSACTIONS. BEFORE YOU TRAVEL,PLEASE NOTIFY US.


     BUSINESS CHECKING                       Number of Enclosures            0
     Account Number         Ending    2463   Statement Dates   7/01/15 thru 8/02/15
     Previous Balance                142.37  Days in the statement period       33
         2 Deposits/Credits      32,414.25   Average Ledger            1,116.04
         2 Checks/Debits         32,412.00   Average Collected         1,116.04
     SERVICE CHARGE                     .00
     Interest Paid                      .00
     Current Balance                 144.62


     DESCRIPTIVE CREDITS AND DEBITS

       7/01 Analysis Service Charge                 12.00-            130.37
       7/23 PRV PYMTSF WPS - WISCONSIN          32,406.90         32,537.27
            ST FRANCIS IN THE PARK
            03037709054880
            TRN*1*2015072110400202*1391268
            299\
       7/24 TRANSFER PER JEN ROSE               32,400.00-           137.27
       7/27 PRV PYMTSF CCCW - WPSHI                  7.35            144.62
            ST FRANCIS IN THE PARK
            03037709054880
            TRN*1*2015072310600336*1391268
            299\
```

```
                                                                        4232
                                                                       18311
```

## OUTSTANDING CHECKS

### Reconciliation of Account

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT | | |
|--------|--------|--|--|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | | | |
|--|--|--|--|--|--|--|
| | | | Enter bank balance from statement | | | |
| | | | Add deposits not credited by bank (if any) | | | |
| | | | TOTAL | | | |
| Total of Checks not paid | | | Subtract total of checks not paid | | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ➤**

## RECONCILIATION INSTRUCTIONS

Date _____

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### Explanation of Balance on Which the Interest Charge is Computed

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:

**National Bank of Commerce**
1127 Tower Avenue
Superior, WI 54880
You may also contact us on the Web: info@nbcbanking.com

In your letter, give us the following information:
- **Account Information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of Problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts)

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 715-394-5531 or Write us at National Bank of Commerce, 1127 Tower Avenue, Superior, WI 54880 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the transfer involved a VISA point-of-sale transaction) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

18312



```
                                                    Date  7/31/15          Page    2
                                                    Primary Account  Ending      2463
                                                                            Enclosures
```

```
                                          C 16
                                          S 4232
```

```
BUSINESS CHECKING                    Ending      2463   (Continued)


                              * * * DAILY BALANCE INFORMATION * * *
Date            Balance      Date          Balance
7/01             130.37      7/24              137.27
7/23          32,537.27      7/27              144.62
```

```
                                              Date  8/31/15              Page    1
                                              Primary Account    @XXXXXXXXXX@2463
                                              Enclosures
```

```
                SUPERIOR HEALTHCARE INVESTORS INC
                3050 ROYAL L BLVD SOUTH
                SUITE 190
                ALPHARETTA GA 30022
```

```
                        * * * CHECKING ACCOUNTS * * *

              Account Title: SUPERIOR HEALTHCARE INVESTORS INC

        WE ARE TAKING PRECAUTIONS TO PROTECT OUR DEBIT CARD CUSTOMERS FROM FRAUDULENT
        TRANSACTIONS. BEFORE YOU TRAVEL, PLEASE NOTIFY US.
```

```
BUSINESS CHECKING                              Number of Enclosures              0
Account Number          @XXXXXXXXXX@2463       Statement Dates   8/03/15 thru  8/31/15
Previous Balance                  144.62       Days in the statement period        29
      1 Deposits/Credits        4,744.48       Average Ledger              3,768.86
      3 Checks/Debits           4,542.00       Average Collected           3,768.86
SERVICE CHARGE                       .00
Interest Paid                        .00
Current Balance                   347.10
```

```
DESCRIPTIVE CREDITS AND DEBITS

  8/03 Analysis Service Charge                    12.00-            132.62
  8/05 PRV PYMTSF WPS - WISCONSIN               4,744.48          4,877.10
       ST FRANCIS IN THE PARK
       03037709054880
       TRN*1*2015080310200357*1391268
       299
  8/27 Wire Transfer Fee                          30.00-          4,847.10
  8/27 Wire Transfer Debit                     4,500.00-            347.10
       HP SUPERIOR INC
       071025661
       4814771037
       ST FRANCIS IN THE PARK
       1800 NEW YORK AVE
```

```
                                         Date  8/31/15          Page    2
                                         Primary Account  @XXXXXXXXXX@2463
                                         Enclosures
```

BUSINESS CHECKING                    @XXXXXXXXXX@2463    (Continued)

DESCRIPTIVE CREDITS AND DEBITS

```
          SUPERIOR 54880
          BMO HARRIS
          20150827          000005
```

```
                         * * * DAILY BALANCE INFORMATION * * *
Date            Balance      Date         Balance     Date         Balance
8/03            132.62       8/05         4,877.10     8/27         347.10
```

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: <u>Superior Healthcare Investors, Inc.</u>          Case Number: <u>15-50439-PWB</u>

Reporting Period beginning <u>7/1/2015</u>          Period ending <u>7/31/2015</u>

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at <u>http://www.usdoj.gov/ust/r21/reg_info.htm</u>.

NAME OF BANK:    <u>None</u>          BRANCH:

ACCOUNT NAME: _____          ACCOUNT NUMBER:
PURPOSE OF ACCOUNT:    <u>PAYROLL</u>

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ _____ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | | | |
| _____ | _____ | | | |
| _____ | _____ | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |
| _____ | _____ | _____ | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 5B

**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: <u>Superior Healthcare Investors, Inc.</u>        Case Number: <u>15-50439-PWB</u>

Reporting Period beginning 7/<u>1/2015</u>        Period ending 7/<u>31/2015</u>

NAME OF BANK:  <u>None</u>            BRANCH:

ACCOUNT NAME:

ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:  _____    PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                            <u>$</u>

MOR-10

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: <u>Superior Healthcare Investors, Inc.</u>      Case Number: <u>15-50439-PWB</u>

Reporting Period beginning <u>7/1/2015</u>      Period ending <u>7/31/2015</u>

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found on the United States Trustee website,
http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:   <u>None</u>      BRANCH:

ACCOUNT NAME: _____ ACCOUNT NUMBER:

PURPOSE OF ACCOUNT: _____<u>TAX</u>

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Oustanding Checks and other debits | $ _____ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ _____ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by
                                        United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |
| ____ | _____ | _____ | _____ | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose Reason for disbursement from this account |
|---|---|---|---|
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ |

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor: <u>Superior Healthcare Investors, Inc.</u>        Case Number: <u>15-50439-PWB</u>

Reporting Period beginning <u>7/1/2015</u>        Period ending <u>7/31/2015</u>

NAME OF BANK:  <u>None</u>        BRANCH:

ACCOUNT NAME:  _____        ACCOUNT #

PURPOSE OF ACCOUNT:  _____<u>TAX</u>

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | ____ | ____ | ____ | |
| ____ | ____ | ____ | ____ | |
| ____ | ____ | ____ | ____ | |
| ____ | ____ | ____ | ____ | |
| ____ | ____ | ____ | ____ | |
| ____ | ____ | ____ | ____ | |
| ____ | ____ | ____ | ____ | |
| ____ | ____ | ____ | ____ | |

TOTAL        _____(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid        _____(a)
Sales & Use Taxes Paid        _____(b)
Other Taxes Paid        _____(c)
TOTAL        _____(d)

**ATTACHMENT 4D**

**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| None | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | |
| _____ | _____ | _____ | _____ | |

TOTAL                                                         _____(a)

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct. | **(Column 3)** Amount of Petty Cash On Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| None | _____ | _____ | |
| _____ | _____ | _____ | |

**TOTAL**                                  $ _____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $**
**(c)**

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: Superior Healthcare Investors, Inc.        Case Number: 15-50439-PWB

Reporting Period beginning 7/1/2015        Period ending 7/31/2015

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| None[2] | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $ | | |

---

[2] Property Taxes for 2015 relate to the first of the year and are treated as prepetition debts payable upon a sale of the facility.

## ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

## SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: <u>Superior Healthcare Investors, Inc.</u>    Case Number: <u>15-50439-PWB</u>

Reporting Period beginning <u>7/1/2015</u>        Period ending 7/<u>31/2015</u>

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Douglas K. Mittleider | President | None | |

### PERSONNEL REPORT

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 1 | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Affiliated FM Ins. | (404) 497-7500 | GL967 | Property | 11/1/2015 | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |

_____ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

Facility Sold

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before_____