# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-71797 - PWB |
| | : | |
| HP / SUPERIOR, INC., | : | |
| d/b/a St. Francis Home in the Park, | : | |
| | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

## APPOINTMENT OF CHAPTER 11 TRUSTEE
## AND SETTING OF BOND

Pursuant to the Order of this Court directing the United States Trustee to appoint a Chapter 11 Trustee, the Acting United States Trustee hereby appoints the following person as Chapter 11 Trustee:

S. Gregory Hays
3343 Peachtree Road NE
Suite 200
Atlanta, GA 30326

Bond is hereby fixed in the amount of $1,050,000.

This appointment made the 29th day of October, 2015.

GUY G. GEBHARDT
Acting United States Trustee
Region 21

_____/s/_____
DAVID S. WEIDENBAUM
Trial Attorney
Georgia Bar No. 745892

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303
Tel: (404) 331-4437
Fax: (404) 331-4464
E-mail: david.s.weidenbaum@usdoj.gov