UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **HP/SUPERIOR, INC.,** | ) | CASE NO.  14-71797-PWB |
| | ) | |
| DEBTOR. | ) | |

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND SECTION 341(a) MEETING OF CREDITORS**

     Pursuant to 11 U.S.C. § 701, the United States Trustee appoints **S. Gregory Hays** as interim trustee in this case and designates him to preside over the meeting of creditors. Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the interim trustee appointed herein shall serve as trustee without further appointment or qualification. The trustee shall serve under the blanket bond heretofore approved.
The name and address of the interim trustee and the date, time, and location of the section 341(a) meeting of creditors are as follows:

| **S. Gregory Hays** | **January 12, 2016, at 11:00 a.m.** |
|---|---|
| 3343 Peachtree Road, NE | Richard Russell Federal Building & U.S. Courthouse |
| Atlanta, GA 30326 -1085 | Third Floor, Room 366 |
| Phone: (404) 926-0051 | 75 Ted Turner Drive, S.W. |
| | Atlanta, GA 30303 |

Notice given by:        GUY G. GEBHARDT
                                ACTING UNITED STATES TRUSTEE
                                REGION 21

*s/ Jeneane Treace*
R. Jeneane Treace
GA Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
*jeneane.treace@usdoj.gov*