

**IT IS ORDERED as set forth below:**

**Date: December 17, 2015**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-71797-PWB |
| | : | |
| HP/SUPERIOR, INC. d/b/a ST. FRANCIS HOME IN THE PARK, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**CONSENT ORDER**

On November 10, 2015, annLeo, Inc. ("annLeo") filed a *Motion for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)* [Doc. No. 164] (the "Motion") seeking, among other things, an order allowing and compelling payment of a past due claim in the amount of $109,823.14 arising under a certain Agreement[1] between annLeo and HP/Superior, Inc. ("Debtor") and related to certain staffing services provided by annLeo to Debtor after the petition date of November 3, 2014 through June 30, 2015.

---

[1]    Capitalized terms not defined in this Consent Order shall have the meaning ascribed to them in the Motion.

8375647v1

Also on November 10, 2015, annLeo filed a notice [Doc. No. 164] (the "Notice") setting the Motion for hearing on December 15, 2015 (the "Hearing").

Counsel for annLeo asserts that he served the Notice on all requisite parties in interest. [Doc. No. 164].

On November 17, 2015, this Court entered an order [Doc. No. 168], among other things, converting this case to a case under Chapter 7 of Title 11 of the United Sates Code, effective as of November 4, 2015.  On November 23, 2015, the United States Trustee appointed S. Gregory Hays ("Trustee") as interim Chapter 7 Trustee, under 11 U.S.C. § 701.  [Doc. No. 170].

No party in interest filed a pleading in opposition to the relief requested in the Motion.

At the Hearing, counsel for Trustee announced that Trustee and annLeo had reached an agreement related to the relief requested in the Motion.

Accordingly, the Court having considered the Motion; annLeo and Trustee having consented hereto; and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED** to the extent set forth herein.  It is further

**ORDERED** that under 11 U.S.C. § 503(b) annLeo is allowed a Chapter 11 administrative expense claim in this case in the amount of $101,146.03 without the need for annLeo to file a proof of claim or any other documents or pleadings in this case.  It is further

**ORDERED** that the allowed Chapter 11 administrative expense claim of annLeo, as allowed in this Order, shall be paid in accordance with the priorities established by applicable law on a pro rata basis with all other allowed Chapter 11 administrative expense claims following payment in full of all allowed Chapter 7 administrative expense claims.

**[END OF DOCUMENT]**

8375647v1

**Order prepared and consented to by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:/s/ *Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
Telephone:  (404) 873-7030

**Reviewed and consented to by**:

PARKER, HUDSON, RAINER & DOBBS LLP
*Attorneys for annLeo, Inc.*

By:/s/ *Joshua J. Lewis*          *(With Express Permission by Michael J. Bargar)*
    Joshua J. Lewis
    Georgia Bar No. 303211
    jlewis@phrd.com
1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, GA 30303
(404) 523-5300

**Identification of parties to be served:**

David S. Weidenbaum
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
3343 Peachtree Road, NE, Suite 200
Atlanta, GA 30326

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

3

8375647v1

Joshua J. Lewis
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, GA 30303

Ashley Reynolds Ray
Scroggins & Williamson
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303

HP/Superior, Inc.
c/o Doug Mittleider, President
5174 McGinnis Ferry Road
Suite 195
Alpharetta, GA 30005

8375647v1