UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**HP Superior, Inc.**
5174 McGinnis Ferry Road
Suite 195
Alpharetta, GA 30005

03−0377090

Case No.: **14−71797−pwb**
Chapter: **7**
Judge: **Paul W. Bonapfel**

## NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM

You were previously notified that the schedules of the Debtor(s) disclosed no assets available for distribution to creditors. The Trustee now reports that funds may be available for distribution.

Therefore, you are hereby notified that, if you wish to participate in any distribution which may be paid from the estate, you must file a proof of claim on or before:

Non−government proof of claim: **04/24/16**

Government proof of claim: **04/24/16**

File with:
United States Bankruptcy Court
1340 Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Use Official Form B410 to file a claim. To file electronically visit www.ganb.uscourts.gov and access the ePOC tab. To obtain a claim form (B410) visit www.ganb.uscourts.gov and access the Forms tab.

**If you have already filed your proof of claim, it is not necessary to refile.**

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: January 25, 2016

Form ntcpoc