

**IT IS ORDERED as set forth below:**

**Date: April 27, 2016**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE:

HP Superior, Inc.
dba St. Francis Home in the Park          CASE NO. 14-71797-pwb

       Debtor,

_____/

## CONSENT ORDER ALLOWING ADMINISTRATIVE CLAIM
## OF AEGIS THERAPIES, INC.

On March 2, 2016, AEGIS Therapies, Inc. ("**AEGIS**") filed a *Motion for Allowance and Payment of Administrative Claim* [Doc. No. 192] (the "**Motion**"), seeking, among other things, allowance and payment of a post-petition administrative expense claim in the amount of $81,352.46.

Also on March 2, 2016, AEGIS filed a notice [Doc No. 192] setting the Motion for hearing on March 22, 2016 (the "**Hearing**").

Counsel for AEGIS and counsel for S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of HP/Superior Inc., appeared at the Hearing and announced that AEGIS and Trustee had reached an agreement related to the relief requested in the Motion.  No other parties in interest appeared to oppose the relief requested in the Motion.

The Court having considered the Motion, AEGIS and Trustee having consented hereto, and for good cause shown, it is hereby

**ORDERED** that AEGIS is granted a Chapter 11 administrative claim in the amount of $81,352.46 under 11 U.S.C. § 503(b)(1).  It is further

**ORDERED** that the administrative claim of AEGIS in the amount of $81,352.46 is to be paid after all allowed Chapter 7 administrative claims.  It is further

**ORDERED** that the administrative claim of AEGIS in the amount of $81,352.46 is to be paid pro rata with any other allowed Chapter 11 administrative claims in accordance with applicable law.

**[END OF DOCUMENT]**

PREPARED AND PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
Attorneys for Movant

By:_____/s/_____
      Kristi S. Williams
      Ga. State Bar No. 117716
5555 Glenridge Connector
Suite 900
Atlanta, GA 30342
(404) 869-6900
kwilliams@lrglaw.com

CONSENTED TO BY:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By:_____/s/_____
    Michael J. Bargar
    Ga. State Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
404-873-7030

**Identification of parties to be served:**

Ashley Reynolds Ray
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327

G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite W212
1117 Perimeter Center West
Atlanta, GA 30338

David S. Weidenbaum, Esq.
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303

Michael J. Bargar
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 200
3343 Peachtree Road, NE
Atlanta, GA 30326-1420

F. Mark Bromley
Wisconsin Dept. of Justice
17 West Main Street
P. O. Box 7857
Madison, WI 53707-7857

Kristi S. Williams
Lefkoff, Rubin, Gleason & Russo, PC
5555 Glenridge Connector, Suite 900
Atlanta, GA 30342

HP/Superior, Inc.
5174 McGinnis Ferry Road
Suite 195
Alpharetta, GA 30005