

**IT IS ORDERED as set forth below:**

**Date: July 13, 2016**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HP/SUPERIOR, INC. ) | CHAPTER 7 |
| ) | CASE NO.  14-71797-pwb |
| Debtor ) | |
| _____ ) | |

**CONSENT ORDER ALLOWING ADMINISTRATIVE CLAIM
OF ROYALTON MANOR, LLC**

On October 7, 2015, Royalton Manor, LLC ("Royalton Manor") filed a *Motion for Allowance and Payment of Administrative Claim* [Doc. No. 132] and an *Amended Motion* on April 24, 2016 [Doc. No. 195], seeking, among other things, allowance and payment of a post-petition administrative expense claim in the amount of $23,980.31.

Also on April 24, 2016, Royalton Manor filed a Notice [Doc No. 196] setting the Amended Motion for hearing on May 10, 2016 (the "**Hearing**").

Counsel for S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of HP/Superior Inc., appeared at the Hearing and announced that Royalton Manor and Trustee had reached an agreement related to the relief requested in the Motion. No other parties in interest appeared to oppose the relief requested in the Motion.

The Court having considered the Motion, Royalton Manor and Trustee having consented hereto, and for good cause shown, it is hereby

**ORDERED** that Royalton Manor is granted a Chapter 11 administrative claim in the amount of $23,980.31 under 11 U.S.C. § 503(b)(1). It is further

**ORDERED** that the administrative claim of Royalton Manor in the amount of $23,980.31 is to be paid after all allowed Chapter 7 administrative claims. It is further

**ORDERED** that the administrative claim of Royalton Manor in the amount of $23,980.31 is to be paid pro rata with any other allowed Chapter 11 administrative claims in accordance with applicable law.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

 /S/_____ ____
Scott B. Riddle, Esq.
GA Bar No. 604855
Suite 1800 Tower Place
3340 Peachtree Road NE
Atlanta GA 30326
Telephone: (404) 815-0164
**Counsel for Royalton Manor, LLC**


CONSENTED TO BY:
ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By: /s/ (by Scott B. Riddle with permission)
Michael J. Bargar, Esq.
Ga. State Bar No. 645709
michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
404-873-7030

Parties to be served:

| | |
|---|---|
| Ashley Ray, Esq.<br>Scroggins & Williamson, PC<br>One Riverside Suite 450<br>4401 Northside Parkway<br>Atlanta GA 30327<br><br>David S. Weidenbaum<br>Office of the U.S. Trustee<br>362 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br><br>Kevin Stine, Esq.<br>Baker, Donelson, et al.<br>Ste 1600<br>3414 Peachtree Road NE<br>Atlanta GA 30326<br><br>Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>Suite 2100<br>171 17th Street, NW<br>Atlanta, GA 30363<br><br>Kristi S. Williams<br>Lefkoff, Rubin, Gleason & Russo, PC<br>5555 Glenridge Connector, Suite 900<br>Atlanta, GA 30342 | G. Frank Nason, IV<br>Lamberth, Cifelli, Ellis & Nason<br>Ste W212<br>1117 Perimeter Center West<br>Atlanta, GA 30338<br><br>David E. Gordon<br>Dentons US LLP<br>Suite 5300<br>303 Peachtree Street<br>Atlanta, GA 30308<br><br>S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 200<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326-1420<br><br>Scott B. Riddle, Esq.<br>Suite 1800 Tower Place<br>3340 Peachtree Road NE<br>Atlanta GA 30326 |