

**IT IS ORDERED as set forth below:**

Date: December 7, 2017

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | : | CHAPTER 7 |
|---|---|---|
| | : | |
| HP/SUPERIOR, INC. | : | CASE NO. 14-71797 - PWB |
| | : | |
| Debtor. | : | |

### ORDER APPROVING FIRST INTERIM APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY PROFESSIONALS EMPLOYED BY TRUSTEE

On November 10, 2017 the following professionals (collectively the "**Applicants**") of S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**"), filed their first interim Chapter 7 fee applications (collectively, the "**First Interim Applications**") for allowance of interim compensation and reimbursement of expenses for services rendered in the above case:

| Applicant | Docket | Fees | Expenses | Total |
|---|---|---|---|---|
| Hays Financial Consulting, LLC, Accountants | #237 | $93,287.50 | $927.89 | $94,215.39 |
| Arnall Golden Gregory LLP, Attorneys | #238 | $444,953.50 | $2,663.63 | $447,617.13 |

11602198v1

Also on November 10, 2017, counsel for Trustee filed a notice of hearing [Doc. No. 239] (the "**Notice**") setting the First Interim Applications for hearing on December 5, 2017 (the "**Hearing**"). Counsel for Trustee asserts that the Notice was served on all requisite creditors and parties in interest in this case [Doc. No. 240]. No creditors or parties in interest filed a response to the relief requested in the First Interim Applications.

The services sought to be compensated in the First Interim Applications have been evaluated pursuant to 11 U.S.C. §§ 330 and 331.

The First Interim Applications were called for hearing on December 5, 2017. Counsel for Trustee and his professionals appeared at the Hearing. No other party appeared or presented opposition to the First Interim Applications on the record.

Under the principles set forth in *Norman v. Housing Authority of City of Montgomery,* 836 F.2d 1292 (11th Cir. 1988), and this Court's knowledge of prevailing market rates and an evaluation of the skill, experience, and reputation of the professional applicants, the hourly rates which they seek to charge are reasonable. Review of the First Interim Applications shows the hours expended were reasonable. The Court further finds that the expenses for which reimbursement is sought were reasonable and necessary in rendering the services. No factors are present in this case which require reduction or enhancement of the lodestar. Accordingly, the Court having reviewed the First Interim Applications, and for good cause shown, it is hereby

**ORDERED** that the First Interim Applications are **APPROVED** and that the fees and expenses requested therein are allowed as interim compensation and reimbursement of expenses, as follows:

11602198v1

| *Applicant* | *Docket* | *Fees* | *Expenses* | *Total* |
|---|---|---|---|---|
| Hays Financial Consulting, LLC, Accountants | #237 | $93,287.50 | $927.89 | $94,215.39 |
| Arnall Golden Gregory LLP, Attorneys | #238 | $444,953.50 | $2,663.63 | $447,617.13 |

It is further

**ORDERED** that Trustee is authorized and directed to pay to the respective Applicants the sums allowed under this Order.

### [END OF DOCUMENT]

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
404-873-8500

**Identification of parties to be served:**

Office of United States Trustee, Suite 362, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303

S. Gregory Hays, Hays Financial Consulting, LLC, 2964 Peachtree Rd, NW, Suite 555, Atlanta, GA 30305

Cathy L. Scarver, P. O. Box 672587, Marietta, GA 30006

Ashley Reynolds Ray, Scroggins & Williamson, One Riverside, Suite 450, 4401 Northside Parkway, Atlanta, GA 30327

HP/Superior, Inc., 5174 McGinnis Ferry Road, Suite 195, Alpharetta, GA 30005

Kevin A. Stine, Baker Donelson Bearman, Monarch Plaza, Suite 1600, 3414 Peachtree Road, NE Atlanta, GA 30326

11602198v1

Internal Revenue Service, Insolvency Unit, 401 West Peachtree Street, Stop 335-D, Atlanta, GA 30308

Department of Justice - Tax Division, Attn: Chief, Civil Trial Section, Southern Region, P.O. Box 14198, Ben Franklin Station, Washington, D.C. 20044

United States Attorney General, Main Justice Building, 10th and Constitution Avenue, NW, Washington, D.C. 20530

U.S. Attorney, Northern District of Georgia, Civil Division, Attn: Civil Clerk, 600 Richard B. Russell Building, 75 Ted Turner Drive, S.W., Atlanta, GA 30303

Lisa Johnson, Bankruptcy Specialist, Internal Revenue Service, 401 W Peachtree ST, NW, M/S 334-D, Atlanta, GA 30308

Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346

F. Mark Bromley, Wisconsin Dept. of Justice, 17 West Main Street, P. O. Box 7857, Madison, WI 53707-7857

Wisconsin Department of Revenue, Special Procedures Unit, PO Box 8901, Madison, WI 53708-8901

Hiram Cutting, Wisconsin Department of Revenue, Special Procedures Unit, PO Box 8901, Madison, WI 53708-8901

The Stark Collection Agency Inc., PO Box 45710, Madison, WI 53744-5710

State of Wisconsin, DWD – UI, PO Box 8914, Madison, WI 53708

Ariane Daniels, State of Wisconsin, DWD – UI, PO Box 8914, Madison, WI 53708

Badger Acquisition of Minnesota, d/b/a Omnicare of Minnesota, 900 Omnicare Center, 201 East Fourth Street, Cincinnati, OH 45202

JoAnn Billman, Omnicare, Inc., 900 Omnicare Center, 201 East Fourth Street, Cincinnati, OH 45202

Lauren M. Gregory, Seyfarth Shaw LLP, 1075 Peachtree Street, NE, Suite 2500, Atlanta, GA 30309

Michael J. Bargar, Arnall Golden Gregory, LLP, Suite 2100, 171 17th Street, NW, Atlanta, GA 30363

11602198v1