NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| HP/SUPERIOR, INC. | : | CASE NO. 14-71797 - PWB |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

    This is to certify that I, Michael J. Bargar, on May 11, 2018, caused to be served true and correct copies of the *Notice of Hearing on Trustee's Application to Pay Chapter 7 Administrative Expenses of the Estate* [Doc. No. 254] (the "**Notice**") by delivering copies of the same via United States first class mail, postage prepaid, to the following persons or entities at the addresses stated:

David S. Weidenbaum
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Cathy L. Scarver
P. O. Box 672587
Marietta, GA 30006

Ashley Reynolds Ray
Scroggins & Williamson
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303

HP/Superior, Inc.
5174 McGinnis Ferry Road
Suite 195
Alpharetta, GA 30005

Kevin A. Stine
Baker Donelson Bearman
Monarch Plaza, Suite 1600
3414 Peachtree Road, NE
Atlanta, GA 30326

Internal Revenue Service
Insolvency Unit
401 West Peachtree Street
Stop 335-D
Atlanta, GA 30308

Department of Justice - Tax Division
Attn: Chief, Civil Trial Section
Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

United States Attorney General
Main Justice Building
10th and Constitution Avenue, NW
Washington, D.C. 20530

12253290v1

U.S. Attorney
Northern District of Georgia
Civil Division, Attn: Civil Clerk
600 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Lisa Johnson
Bankruptcy Specialist
Internal Revenue Service
401 W Peachtree ST, NW
M/S 334-D
Atlanta, GA 30308

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

F. Mark Bromley
Wisconsin Dept. of Justice
17 West Main Street
P. O. Box 7857
Madison, WI 53707-7857

Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

Hiram Cutting
Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

The Stark Collection Agency Inc.
PO Box 45710
Madison, WI 53744-5710

State of Wisconsin, DWD – UI
PO Box 8914
Madison, WI 53708

Ariane Daniels
State of Wisconsin, DWD – UI
PO Box 8914
Madison, WI 53708

Badger Acquisition of Minnesota
d/b/a Omnicare of Minnesota
900 Omnicare Center
201 East Fourth Street
Cincinnati, OH 45202

JoAnn Billman
Omnicare, Inc.
900 Omnicare Center
201 East Fourth Street
Cincinnati, OH 45202

Lauren M. Gregory
Seyfarth Shaw LLP
1075 Peachtree Street, NE, Suite 2500
Atlanta, GA 30309

12253290v1

  This is to certify further that on May 11, 2018, I, Michael J. Bargar, caused to be served copies of the *Notice* [Doc. No. 254] by first class United States Mail, postage prepaid, on all of those entities set forth on Exhibit "A" at the addresses stated.

  This 14th day of May, 2018.

<div style="margin-left:50%">

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By:*/s/ Michael J. Bargar*
 Michael J. Bargar
 Georgia Bar No. 645709
 michael.bargar@agg.com

</div>

171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
Phone: (404) 873-8500

**EXHIBIT "A" FOLLOWS**

12253290v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 14-71797-pwb<br>Northern District of Georgia<br>Atlanta<br>Fri May 11 14:04:02 EDT 2018 | ARAMARK Uniform & Career Apparel, LLC<br>c/o Sheila R. Schwager<br>Hawley Troxell Ennis & Hawley,LLP<br>877 Main Street, Suite 1000<br>Boise, ID 83702-5884 | ARAMARK Uniform & Career Apparel, LLC<br>c/o Sheila R. Schwager<br>Hawley Troxell Ennis & Hawley,LLP<br>PO Box 1617<br>Boise, ID 83701-1617 |
| AS Captive<br>5895 Windward Parkway<br>Suite 200<br>Alpharetta, GA 30005-8805 | AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | Absolute Fire Protection, Inc.<br>4905 Canosia Road<br>Saginaw, MN 55779-9792 |
| Aegis Therapies<br>P.O. Box 8103<br>Fort Smith, AR 72902-8103 | Alecia Christeen Radtke<br>2658 Aho Road<br>Barnum, MN 55707-8657 | AltaCare Corporation<br>5895 Windward Parkway<br>Suite 200<br>Alpharetta, GA 30005-8805 |
| Amara Healthcare<br>2021 Scott Road<br>Augusta, GA 30906-2539 | American Healthtech<br>P.O. Box 12310<br>Jackson, MS 39236-2310 | American Portable Medical Svc<br>4905 Bellemeade Avenue<br>Evansville, IN 47715-4129 |
| Amerisure Mutual Insurance Company<br>c/o Timothy M. Rose<br>Amerisure Legal Operations<br>PO Box 2060<br>Farmington Hills, MI 48333-2060 | Anthem BCBS Dental<br>P.O. Box 105163<br>Atlanta, GA 30348-5163 | Aramark Uniform Services<br>AUS La Crosse MC Lockbox<br>26605 Network Place<br>Chicago, IL 60673-1266 |
| Arjo Huntleigh<br>2349 West Lake Street<br>Addison, IL 60101-6183 | BB&T Insurance Services, Inc.<br>3100 Royal Blvd South<br>P.O. Box 2190<br>Alpharetta, GA 30023-2190 | Bachand Estates, LLP<br>Administrative Office<br>1707 N. 8th Street<br>Superior, WI 54880-6646 |
| Badger Acquisition of Minnesota<br>d/b/a Omnicare of Minnesota<br>900 Omnicare Center<br>201 East Fourth Street<br>Cincinnati, Ohio 45202-1513 | Badger Taxi<br>25 N. 93rd Ave West<br>Superior, WI 54880 | Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>Suite 2100<br>171 17th Street, N.W.<br>Atlanta, GA 30363-1031 |
| Beckler's Carpet Outlet, Inc.<br>P.O. Box 9<br>3051 North Dug Gap Road, SW<br>Dalton, GA 30720-4983 | Belknap Plumbing & Heating<br>1414 Belknap Street<br>Superior, WI 54880-2789 | Bentley Data Solutions<br>2432 Summerwood<br>Layton, UT 84040-3112 |
| Betty Kossak<br>1621 Weeks Avenue<br>Superior, WI 54880-2814 | Blue Cross Blue Shield of WI<br>Box 88851<br>Milwaukee, WI 53288-0001 | Blue Link<br>P.O. Box 64668<br>Saint Paul, MN 55164-0668 |
| Breanna Rasmussen<br>8917 S. Big Balsam Road<br>Foxboro, WI 54836-9543 | Brenda Dolsen<br>5491 S. State Hwy 35<br>Superior, WI 54880 | Briggs<br>P.O. Box 1355<br>Des Moines, IA 50306-1355 |

| | | |
|---|---|---|
| F. Mark Bromley<br>Wisconsin Dept. of Justice<br>P. O. Box 7857<br>Madison, WI 53707-7857 | Brown Industries, Inc.<br>101 South Chester Road<br>Swarthmore, PA 19081-1998 | CLIA Laboratory Program<br>P.O. Box 530882<br>Atlanta, GA 30353-0882 |
| CSE Mortgage LLC<br>c/o Kevin A. Stine, Esq.<br>Baker, Donelson, Bearman, Caldwell & Ber<br>3414 Peachtree Rd., NE, Suite 1600<br>Atlanta, GA 30326-1164 | CSE Mortgage, LLC<br>5404 Wisconsin Avenue<br>2nd Floor<br>Chevy Chase, MD 20815-3585 | CST Co. Incorporated<br>for ThyssenKrupp Elevotor Corp.<br>PO Box 224768<br>Dallas, TX 75222-4768 |
| Cambridge House<br>250 Bellebrook Road<br>Bristol, TN 37620-5623 | CapitalSource Inc.<br>5404 Wisconsin Avenue<br>2nd Floor<br>Chevy Chase, MD 20815-3585 | Carl Ratcliffe<br>3011 Quarls Drive<br>Canton, GA 30115-9200 |
| Cathy L. Scarver as Trustee for the Bankrupt<br>P. O. Box 672587<br>Marietta, GA 30006-0044 | Chamberlain Hrdlicka White<br>191 Peachtree Street, N.E.<br>34th Floor<br>Atlanta, GA 30303-1756 | Charolette Dobson<br>1802 N. 23rd, #2<br>Superior, WI 54880-4879 |
| Charter Communications<br>Attention: Cash Management<br>4670 E. Fulton, Suite 102<br>Ada, MI 49301-8409 | Charter Communications<br>P.O. Box 3149<br>Milwaukee, WI 53201-3149 | Chris Fitch<br>701 East 7th Street<br>Superior, WI 54880-3125 |
| City of Superior<br>The Stark Collection Agency Inc<br>PO Box 45710<br>Madison, WI 53744-5710 | City of Superior-Property Tax<br>Department of Finance<br>1316 N. 14th Street<br>Superior, WI 54880-1773 | City of Superior-Stormwater Ut<br>51 E. 1st Street<br>Superior, WI 54880-3034 |
| Claudia Brew<br>64 Highgate Street<br>Superior, WI 54880-4462 | Clear Channel Radio<br>14 E. Central Entrance<br>Duluth, MN 55811-5508 | Compensation Consultants<br>P.O. Box 72<br>Cloquet, MN 55720-0072 |
| Complete Payment Recovery<br>3500 5th Street<br>Northport, AL 35476-4723 | Comprehensive Care Services<br>P.O. Box 64668<br>Saint Paul, MN 55164-0668 | Courtesy Cab Inc.<br>P.O. Box 784<br>Superior, WI 54880-0784 |
| Crandall & Associates<br>P.O. Box 31060<br>Mesa, AZ 85275-1060 | Crest Electronics Inc. DBA:<br>Crest Healthcare Supply<br>PO Box 727<br>Dassel, MN 55325-0727 | Crest Healthcare Supply<br>P.O. Box 727<br>Dassel, MN 55325-0727 |
| Cummins North Power, LLC<br>1600 Buerkle Road<br>White Bear Lake, MN 55110-5217 | Custom Medical Solutions<br>7100 Northland Circle<br>Suite 410<br>Minneapolis, MN 55428-1500 | DHFS<br>1316 North 4th Street<br>Suite 400<br>Superior, WI 54880 |

| | | |
|---|---|---|
| Daily Telegram<br>1226 Ogden Avenue<br>Superior, WI 54880-1584 | Daly & DeRoma Group, Inc.<br>18200 45th Avenue No<br>Suite C<br>Minneapolis, MN 55446-4554 | De Lage Landen Financial Svcs<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 |
| DeWitt Ross & Stevens S.C.<br>Attn: Craig E. Stevenson, Esq.<br>Two E. Mifflin Street<br>Suite 600<br>Madison, WI 53703-2865 | Faisal Delawalla<br>Bryan Cave LLP<br>Suite 4300<br>161 North Clark Street<br>Chicago, IL 60601-3430 | Dewitt Ross & Stevens<br>Capitol Square Office<br>2 East Mifflin Street, Ste 600<br>Madison, WI 53703-2865 |
| Direct Supply<br>P.O. Box 88201<br>Milwaukee, WI 53288-0201 | Div. of Health Care Finance<br>P.O. Box 309<br>Madison, WI 53701-0309 | Division of Quality Assurance<br>Box 93679<br>Milwaukee, WI 53293-0679 |
| Douglas Co. Property Assessor<br>1313 Belknap Street<br>Superior, WI 54880-2795 | Douglas County Treasurer<br>1313 Belknap Street<br>RM 102<br>Superior, WI 54880-2781 | Douglas County Wisconsin<br>Corporation Counsel<br>1316 N. 14th St, Suite 301<br>Superior, WI 54880-1778 |
| Duluth News Tribune<br>Finance Department<br>P.O. Box 169000<br>Duluth, MN 55816-9000 | EDS<br>P.O. Box 244032<br>Montgomery, AL 36124-4032 | ESC Systems<br>P.O. Box 1095<br>Duluth, MN 55810-0095 |
| Ecolab<br>P.O. Box 905327<br>Charlotte, NC 28290-5327 | Edith Nelson<br>c/o John Nelson<br>58090 Yderstad Road<br>Mason, WI 54856-3650 | Essentia Health<br>P.O. Box 856582<br>Minneapolis, MN 55485-6582 |
| Estate of Beatrice Strinmoen<br>202 E Water Street<br>Decorah, IA 52101-1804 | Estate of Howard Durham<br>1724 Ohio Avenue<br>Superior, WI 54880-2015 | Estate of Otto Kangas<br>1335 County Highway FF<br>Brule, WI 54820-9154 |
| Estate of Thomas Rygg<br>c/o Janice Rygg<br>11583 S St. Croix Street #7<br>Solon Springs, WI 54873-8055 | FRIENDSHIP-LTC LLC<br>10945 STATE BRIDGE ROAD<br>Alpharetta, GA 30022-8164 | Federal Express<br>P.O. Box 94515<br>Palatine, IL 60094-4515 |
| Fire & Industrial Sales, Inc.<br>P.O. Box 16712<br>Duluth, MN 55816-0712 | Fireside LTC<br>10945 State Bridge Road<br>Suite 401-470<br>Alpharetta, GA 30022-8164 | First Insurance Funding<br>450 Skokie Blvd<br>Suite 1000<br>Northbrook, IL 60062-7917 |
| Five Rivers Management, LLC<br>10945 State Bridge<br>Suite 401-470<br>Alpharetta, GA 30022-8164 | Floyd Adams<br>14607 S Street<br>Omaha, NE 68137-2621 | Fred Molter<br>2424 John Avenue<br>Superior, WI 54880-4948 |

| | | |
|---|---|---|
| Gary Peterson, M.D.<br>8280 S. Cty Rd. A<br>Superior, WI 54880-8626 | Gaye Erkel<br>11091 East Bardon Creek Rd<br>Maple, WI 54854-9128 | David A. Geiger<br>Geiger Law, LLC<br>Suite 525<br>1275 Peachtree Street, NE<br>Atlanta, GA 30309-3527 |
| Georgia Department of Labor<br>1700 Century Circle NE<br>Atlanta, GA 30345-3020 | Georgia Department of Labor<br>P.O. Box 740234<br>Atlanta, GA 30374-0234 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Georgia Dept. of Labor<br>Suite 826<br>148 Andrew Young Inter. Blvd., NE<br>Atlanta GA 30303-1751 | Georgia Dept. of Labor<br>Suite 910<br>148 Andrew Young Inter. Blvd., NE<br>Atlanta GA 30303-1751 | Gimbel, Reilly, Guerin & Brown<br>Two Plaza East, Suite 1170<br>330 East Kilbourn Avenue<br>Milwaukee, WI 53202-6616 |
| Glenda Duke<br>260 Ferguson Drive<br>Lexington, TN 38351-4726 | Godfrey & Khan, S.C.<br>Attn: Carla Andres<br>200 S. Washington St., #100<br>Green Bay, WI 54301-4298 | David E. Gordon<br>Dentons US LLP<br>Suite 5300<br>303 Peachtree Street, NE<br>Atlanta, GA 30308-3265 |
| Great Bend LTC<br>1560 K96 Highway<br>Great Bend, KS 67530-3012 | HP Holdings<br>5895 Windward Parkway<br>Suite 200<br>Alpharetta, GA 30005-8805 | HP Superior, Inc.<br>5174 McGinnis Ferry Road<br>Suite 195<br>Alpharetta, GA 30005-1792 |
| Hamilton Insurance Agency<br>4100 Monument Corner Drive<br>#500<br>Fairfax, VA 22030-8621 | Harbor Centers, Inc.<br>P.O. Box 161318<br>Duluth, MN 55816-1318 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>2964 Peachtree Road NW<br>Suite 555<br>Atlanta, GA 30305-2153 |
| S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 200<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326-1420 | Hays Financial Consulting, LLC<br>2964 Peachtree Road NW<br>Suite 555<br>Atlanta, GA 30305-2153 | Health Partners<br>8170 33rd Avenue South<br>7th Floor<br>Minneapolis, MN 55425-1614 |
| Healthstar Staffing, Inc.<br>P.O. Box 9009<br>Saint Paul, MN 55109-0009 | Hidden Hills<br>3110 Scott Circle<br>Omaha, NE 68112-2604 | Hobart Sales and Service<br>2700 Tall Pine<br>Scanlon, MN 55720-2825 |
| Home Medical Products & Svcs<br>300 Villa Drive<br>Hurley, WI 54534-1523 | Internal Revenue Service<br>401 W. Peachtree Street NW<br>Atlanta, GA 30308 | Internal Revenue Service<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Jamar Company (Arrowhead)<br>4701 Mike Colalillo Drive<br>Duluth, MN 55807-2762 | James A. Faunce-Zimmerman<br>PO Box 86<br>Wascott WI 54890-0086 |

| | | |
|---|---|---|
| James Conley<br>c/o Patrick Conley<br>4891 E. Conley Road<br>Superior, WI 54880-8452 | Jennifer Sanda<br>2184 East Summitt Trail<br>Foxboro, WI 54836-9516 | Joe P. Kimmes Oil Co., Inc.<br>6327 Tower Avenue<br>Superior, WI 54880-5925 |
| John or Mary Ellen Flaherty<br>1915 N. 34th Street #135<br>Superior, WI 54880-5577 | Johnson Control<br>P.O. Box 905240<br>Charlotte, NC 28290-5240 | Juliana Lundberg<br>4101 London Road<br>Duluth, MN 55804-2246 |
| KCI USA<br>P.O. Box 301557<br>Dallas, TX 75303-1557 | KMart<br>2288 Gunbarrel Road<br>Chattanooga, TN 37421-2609 | Kevin Helquist<br>Freedom Transportation Svcs<br>2805 Karl Avenue<br>Duluth, MN 55811-2833 |
| Sean C. Kulka<br>Arnall, Golden, Gregory LLP<br>171 17th Street, N.W.<br>Suite 2100<br>Atlanta, GA 30363-1031 | L.J. Daniels<br>116 Breckenridge Drive<br>Apt. 207<br>Hattiesburg, MS 39402-3506 | LB Medwaste Services<br>8550 Development Ct<br>Wausau, WI 54401-9497 |
| Lakewalk Surgery Center<br>1420 London Road<br>Suite 100<br>Bethel, MN 55005 | Craig B. Lefkoff<br>Lefkoff, Rubin, Gleason & Russo, PC<br>Suite 900<br>5555 Glenridge Connector<br>Atlanta, GA 30342-4762 | Joshua J. Lewis<br>Parker, Hudson, Ranier & Dobbs, LLP<br>Suite 3600<br>303 Peachtree Street, NE<br>Atlanta, GA 30308-3225 |
| Lincoln National Life Insuance<br>P.O. Box 0821<br>N. Suburban Fac, IL 60132-0821 | Lisa McDonald<br>315 West Gibson<br>Jasper, TX 75951-4903 | Long Term Care Services<br>5895 Windward Parkway<br>Suite 200<br>Alpharetta, GA 30005-8805 |
| Loy Gotham<br>P.O. Box 962<br>Virginia, MN 55792-0962 | Lucille Cashman<br>306 Davis Street<br>Lake Nebagamon, WI 54849 | Macon & Company, Inc.<br>4887 N. Green Bay Avenue<br>Milwaukee, WI 53209-5727 |
| Management and Network Svcs<br>P.O. Box 73996<br>Cleveland, OH 44193-0002 | Marathon Shredding<br>39 N. 25th Street E<br>Superior, WI 54880-5246 | Mariner Medical Clinic<br>915 E. 1st Street<br>Duluth, MN 55805-2107 |
| MassMutual<br>fka Hartford Life Ins<br>P.O. Box 1583<br>Hartford, CT 06144-1583 | Medco Equipment<br>30 Hilltop Road<br>Saint Joseph, WI 54082-2016 | Medica<br>Attn: Recovery Services<br>P.O. Box 740804<br>Atlanta, GA 30374-0804 |
| Melli, Walker, Pease & Ruhly<br>P.O. Box 1781<br>Madison, WI 53701-1781 | Merwin Home Medical<br>3001 Louisana Avenue N<br>Suite A<br>New Hope, MN 55427-2944 | Merwin IV & Speciality Pharm<br>1811 Old Highway 8 NW<br>Saint Paul, MN 55112-1828 |

| | | |
|---|---|---|
| Merwin LTC Pharmacy<br>c/o David A. Geiger<br>Ste. 525<br>1275 Peachtree Street NE<br>Atlanta, GA 30309-3527 | Meyer Law Office<br>10 East Doty Street<br>Suite 507<br>Madison, WI 53703-3397 | Michael S. Plsky, Esq.<br>Two Plaza East, Suite 1085<br>330 East Kilbourn Avenue<br>Milwaukee, WI 53202-3170 |
| Midwest Medical Equipment<br>4418 Haines Road #1200<br>Duluth, MN 55811-1525 | Mobility Solutions<br>7895 Convoy Ct<br>Suite 11<br>San Diego, CA 92111-1215 | Nancy Gotham<br>c/o James Gotham<br>60 Billings Drive<br>Superior, WI 54880-4464 |
| G. Frank Nason IV<br>Lamberth, Cifelli, Ellis & Nason, P.A.<br>Suite W212<br>1117 Perimeter Center West<br>Atlanta, GA 30338-5456 | National Elevator Inspection<br>P.O. Box 503067<br>St. Louis, MO 63150-3067 | National Vision Administrators<br>Fiduciary Trust for FSLI<br>P.O. Box 28520<br>New York, NY 10087-8520 |
| Northland Fire & Safety<br>2213 East 5th Street<br>Superior, WI 54880-3708 | Northwest Respiratory Services<br>NW-7459<br>P.O. Box 1450<br>Minneapolis, WI 55485-7459 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 |
| Omnicare Corporate<br>1600 River Center II<br>100 East River Center Blvd<br>Covington, KY 41011-1555 | One Riverside<br>4401 Northside Parkway, Suite 450<br>Atlanta, GA 30327-3011 | Operating Engineers Local 139<br>P.O. Box 160<br>Pewaukee, WI 53072-0160 |
| Otis Elevator Company<br>P.O. Box 73579<br>Chicago, IL 60673-7579 | Otis Elevator Company, et.al.<br>Attn.Treasury Services-Credit/Coll.<br>1st floor<br>1 Farm Springs<br>Farmington CT 06032-2572 | PMIC (Practice Management Inf)<br>4727 Wilshire Blvd<br>Los Angeles, CA 90010-3806 |
| Pan-O-Gold Baking Co.<br>NW 6281<br>P.O. Box 1450<br>Minneapolis, MN 55485-6281 | Pathways To Achievement Inc.<br>114 South 20th Avenue W<br>Suite A<br>Duluth, MN 55806-3526 | Pathways Transport<br>30 E. Bayfield Street<br>Washburn, WI 54891-4401 |
| Pitney Bowes Global Financial<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | Platinum Care<br>240 52nd Street<br>Brooklyn, NY 11220-1715 | Plaunt Plumbing & Heating<br>4701 Mike Colaillo Drive<br>Duluth, MN 55807-2762 |
| Plunkett's Pest Control<br>40 NE 52nd Way<br>Fridley, MN 55421-1014 | Positive Promotions<br>15 Gilpin Avenue<br>Hauppauge, NY 11788-4723 | Premier Diagnostic Imaging<br>10800 Lyndale Avenue S<br>Suite 150<br>Minneapolis, MN 55420-5698 |
| Premium Assignment<br>P.O. Box 8800<br>3522 Thomasville Road<br>Tallahassee, FL 32309-3488 | (p)PROFESSIONAL PORTABLE RADIOLOGICAL SERVICE<br>755 CLIFF ROAD E<br>BURNSVILLE MN 55337-1536 | Professional Portable X-Ray PPX<br>a/k/a Professional Portable<br>Radiologic Services Inc.<br>Alex Sagadin<br>755 Cliff Rd. E.<br>Burnsville MN 55337-1545 |

```
Purchase Power - Pitney Bowes         Quickprint Inc.                      RF Technologies, Inc.
P.O. Box 371874                        P.O. Box 415                         P.O. Box 8444
Pittsburgh, PA 15250-7874              1908 Tower Avenue                    Carol Stream, IL 60197-8444
                                       Superior, WI 54880-2545


Ashley Reynolds Ray                    Recovercare, LLC                     Retrofit Companies, Inc.
Scroggins & Williamson, P.C.           1920 Stanley Gault Pkwy              1010 Hoffman Drive, #A
One Riverside, Suite 450               Suite 100                            Owatonna, MN 55060-1110
4401 Northside Parkway                 Louisville, KY 40223-4209
Atlanta, GA 30327-3011


Scott B. Riddle                        Rob Fuhrman                          Robertson Ryan & Assoc., Inc.
Law Office of Scott B. Riddle, LLC     3316 N. 19th Street                  330 E. Kilbourn Avenue
Suite 1800                             Superior, WI 54880-2108              Suite 650
3340 Peachtree Road, NE                                                     Milwaukee, WI 53202-3175
Atlanta, GA 30326-1064


Rosewood LTC                           Royalton Manor LLC                   Royalton Manor, LLC
7700 Mesquite Pass                     c/o Robert R. Kanuit                 B8 Aspen Court
Converse, TX 78109-2461                Fryberger,Buchanan,Smith&Frederick,PA Superior, WI 54880-6514
                                       302 W Superior St
                                       Duluth MN 55802-1863


Royalton Manor, LLC                    Royalton Manor, LLC                  SFM Mutual Insurance Company
c/o Scott B. Riddle, Esq.              c/o Scott B. Riddle, Esq.            Commercial Collectors, Inc.
3340 Peachtree Road, NE, Suite 1800    Suite 1800,  Tower Place             PO Box 337
Atlanta, GA 30326-1064                 3340 Peachtree Road NE               Montrose, MN 55363-0337
                                       Atlanta, GA 30326-1000


SMDC Clinical Lab (Essentia)           Scan Air Filter, Inc.                Sea Isle Corporation
Attn: Billing Specialist               P.O. Box 7251                        P.O. Box 81021
407 E. 3rd Street                      Minneapolis, MN 55407-0251           Pittsburgh, PA 15217-0521
Duluth, MN 55805-1984


Select Rehabilitation, Inc.            Select Rehabilitations, Inc.         Service Electric of Superior
2600 Compass Road                      550 Frontage Road                    P.O. Box 625
Glenview, IL 60026-8001                Suite 2415                           Superior, WI 54880-0625
                                       Winnetka, IL 60093-1212


Service Electric of Superior Inc.      Servpro of the Twin Ports            Gus H. Small
Service Electric, Inc                  4201 West 1st Street                 Cohen Pollock Merlin & Small, PC
107 Belknap St.                        Duluth, MN 55807-2761                Suite 1600
Superior WI 54880-2925                                                      3350 Riverwood Parkway
                                                                            Atlanta, GA 30339-3359


Specialty Property Appraisals          St. Germain's Glass Co.              St. Luke's Hospital
300 South Pointe Drive #2302           212 N. 40th Ave W                    915 East 1st Street
Miami, FL 33139-7329                   Duluth, MN 55807-2835                Duluth, MN 55805-2193


St. Mary's Hospital Superior           Staples                              State of Minnesota Department of Revenue
3500 Tower Avenue                      Dept. HNJ                            Bankruptcy Section
Superior, WI 54880-5395                P.O. Box 30851                       PO Box 64447 BKY
                                       Hartford, CT 06150-0001              St Paul MN 55164-0447
```

| | | |
|---|---|---|
| State of Minnesota, Department of Revenue<br>Bankruptcy Section<br>PO Box 6447 - BKY<br>St Paul, MN 55106 | State of Wisconsin<br>P. O. Box 7857<br>Madison, WI 53707-7857 | State of Wisconsin<br>Department of Revenue<br>Post Office Box 8901<br>Madison, Wisconsin 53708-8901 |
| State of Wisconsin<br>Dept of Safety & Prof Services<br>P.O. Box 93086<br>Milwaukee, WI 53293-3086 | State of Wisconsin<br>Division of Quality Assurance<br>1 W. Wilson St., PO Box 2969<br>Madison, WI 53701-2969 | State of Wisconsin, DWD - Unemployment Insur<br>State of Wisconsin, DWD - UI<br>P.O. Box 8914<br>Madison, WI 53708-8914 |
| State of Wisconsin-Dept. of Health Services<br>F. Mark Bromley-Dept. of Justice<br>P. O. Box 7857<br>Madison, WI 53707-7857 | Stericycle<br>P.O. Box 6575<br>Carol Stream, IL 60197-6575 | Craig E. Stevenson<br>Two East Mifflin Street, Suite 600<br>Madison, WI 53703-2865 |
| Kevin A. Stine<br>Baker Donelson<br>Monarch Plaza, Suite 1600<br>3414 Peachtree Road, N.E.<br>Atlanta, GA 30326-1153 | Superior Entrance Systems<br>823 Belknap Street<br>Suite 112<br>Superior, WI 54880-2974 | Superior Flavors, LLC<br>528 Tower Avenue<br>Superior, WI 54880-1051 |
| Superior Healthcare Investors<br>5895 Windward Parkway<br>Suite 200<br>Alpharetta, GA 30005-8805 | Superior USA Corporation<br>525 Lake Avenue S<br>Suite 410<br>Duluth, MN 55802-2366 | Superior Water Light & Power<br>P.O. Box 169003<br>Duluth, MN 55816-9003 |
| Superior-Douglas Co Chmbr Comm<br>205 Belknap Street<br>Superior, WI 54880-2927 | Telephone Associates<br>P.O. Box 1436<br>Superior, WI 54880-0230 | Thyssen Krupp Elevator<br>P.O. Box 933004<br>Atlanta, GA 31193-3004 |
| ThyssenKrupp Elevator Corp.<br>c/o CST Co.<br>PO Box 224768<br>Dallas, TX 75222-4768 | Till, Salzer & Blank Ltd.<br>Suite 318<br>1225 Tower Avenue<br>Superior, WI 54880-1545 | Tim's Dairy<br>3517 Trinity Road<br>Duluth, MN 55811-3305 |
| Torvinen Jones and Routh, S.C.<br>823 Belknap Street<br>Suite 222<br>Superior, WI 54880-2977 | R. Jeneane Treace<br>Office of the United States Trustee<br>362 Richard Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Tri-State Business Systems<br>2829 Banks Avenue<br>Superior, WI 54880-5588 |
| Twin Ports Custom Climate<br>1318 Oakes Avenue<br>Superior, WI 54880-1430 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 | U.S. Foodservice<br>P.O. Box 850112<br>Oklahoma City, OK 73185-0112 |
| UNUM Life Ins Co of America<br>PO Box 409548<br>Atlanta, GA 30384-9548 | US Foods, Inc.<br>c/o Bryan Cave LLP<br>161 N. Clark Street<br>Suite 4300<br>Chicago, IL 60601-3315 | UW-Superior Career Services<br>P.O. Box 2000<br>Superior, WI 54880-4500 |

| | | |
|---|---|---|
| Ultimate Construction Services<br>3025 Harbor Lane North<br>Suite 410<br>Minneapolis, MN 55447-5142 | United Healthcare<br>Attn: Refund Dept<br>P.O. Box 30304<br>Salt Lake City, UT 84130-0304 | United Parcel Service<br>Lockbox 577<br>Carol Stream, IL 60132-0577 |
| UnitedHealthcare Insurance Company<br>c/o Rachel A. Smith, CDM, UHC<br>185 Asylum Street - 03B<br>Hartford, CT 06103-3408 | WDIO-TV / WIRT-13<br>P.O. Box 16897<br>Duluth, MN 55816-0897 | WI Dept of Justice<br>Crime Informatiuon Bureau<br>P.O. Box 2688<br>Madison, WI 53701-2688 |
| WI Div Unemployment Insurance<br>Workforce Development<br>PO Box 78960<br>Milwaukee, WI 53278-8960 | WI-DHFS Estate Recovery Prog<br>313 Blettner Blvd<br>Madison, WI 53784-0013 | WIPFLI CPAs and Consultants<br>3703 Oakwood Hills Parkway<br>P.O. Box 690<br>Eau Claire, WI 54702-0690 |
| WPS Health Insurance<br>P.O. Box 8688<br>Madison, WI 53708-8688 | Waste Management of WI-MN<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | David S. Weidenbaum<br>Office of the U.S. Trustee<br>362 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 |
| Westview Manor of Peabody<br>500 Peabody Street<br>Peabody, KS 66866-1206 | William Arnold<br>P.O. Box 963<br>Superior, WI 54880-0010 | J. Robert Williamson<br>Scroggins & Williamson, P.C.<br>One Riverside, Suite 450<br>4401 Northside Parkway<br>Atlanta, GA 30327-3011 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Wisconsin Dept Health & Family<br>Drawer #594<br>Milwaukee, WI 53293-0594 | Wisconsin Dept Safety & Prof<br>DSPS - Industry Svcs Invoicing<br>P.O. Box 93086<br>Milwaukee, WI 53293-3086 |
| Wisconsin Dept of Revenue<br>PO Box 8908<br>Madison, WI 53708-8908 | Wisconsin Dept. of Revenue<br>PO Box 8920<br>Madison, WI 53708-8920 | Wisconsin Medicaid<br>Cash Unit<br>6406 Bridge Road<br>Madison, WI 53784-0004 |
| Woodland Park LTC<br>101 Woodland Park Drive<br>Shepherd, TX 77371-6497 | Young Plumbing and Heating<br>5223 Oakes Avenue<br>Superior, WI 54880-5756 | Ziemer Stayman Weitzel<br>20 N.W. First Street<br>P.O. Box 916<br>Evansville, IN 47706-0916 |

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>P.O. Box 740387<br>Atlanta, GA 30374-0387 | (d)Georgia Department of Revenue<br>PO Box 105499<br>Atlanta, GA 30348-5499 | (d)Georgia Dept of Revenue<br>Bankruptcy Section<br>1800 Century Blvd NE Ste 17200<br>Atlanta, GA 30345-3206 |

```
Professional Portable X-Ray
4801 W. 81st Street
Suite 118
Bloomington, MN 55437-1111
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)AEGIS Therapies, Inc.              (u)AltaCare Corporation              (d)AltaCare Corporation
                                                                           5895 Windward Parkway
                                                                           Suite 200
                                                                           Alpharetta, GA 30005-8805


(u)Heather A. Bruemmer                (u)CSE Mortgage LLC                  (u)DeWitt Ross & Stevens, S.C.


(u)Fireside-LTC, LLC                  (u)Five Rivers Management, LLC       (u)Great Bend-LTC, LLC


(u)LTC of Illinois-Friendship, Inc.   (u)Long Term Care                    (u)Merwin LTC Pharmacy


(u)Rosewood-LTC, LLC                  (u)Royalton Manor, LLC               (u)Superior WI Realty LLC


(d)Wisconsin Department of Revenue    (u)Woodland Park-LTC, LLC            (u)annLeo, Inc.
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901


End of Label Matrix
Mailable recipients    263
Bypassed recipients     18
Total                  281
```