# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 14-71797-PWB  
**Case Name:** HP/SUPERIOR, INC.  
**For Period Ending:** 06/30/2019

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 11/17/2015 (c)  
**§ 341(a) Meeting Date:** 01/12/2016  
**Claims Bar Date:** 04/24/2016

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1* | Payroll checking account (See Footnote) | 3,455.78 | 0.00 | | 0.00 | FA |
| 2* | Operating checking account (See Footnote) | 31,811.65 | 4,808.38 | | 4,808.38 | FA |
| 3* | Accounts receivable (book value) (See Footnote) | 787,018.00 | 143,356.45 | | 4,111.60 | FA |
| 4 | Wisconsin Medicaid reimbursements | 3,002,025.00 | 3,002,025.00 | | 2,851,208.68 | FA |
| 5* | General intangibles (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 6* | Certificate of need and nursing home license (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 7* | Rent roll (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 8* | 1996 Ford E-350 (bus that is not in working order) (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 9* | Office equipment, furnishings and supplies (See Footnote) | 15,431.75 | 0.00 | | 0.00 | FA |
| 10* | Machinery, fixtures, equipment and supplies (See Footnote) | 188,783.26 | 0.00 | | 0.00 | FA |
| 11* | Prepaid insurance (See Footnote) | 11,720.89 | 0.00 | | 0.00 | FA |
| 12* | Prepaid other (See Footnote) | 1,557.74 | 0.00 | | 0.00 | FA |
| 13* | Escrows (See Footnote) | 239,553.55 | 0.00 | | 0.00 | FA |
| 14* | Construction in progress (See Footnote) | 218,250.44 | 0.00 | | 0.00 | FA |
| 15* | Deposits (See Footnote) | 11,000.00 | 0.00 | | 0.00 | FA |
| 16* | National Bank of Commerce Acct # 4885 (u) (See Footnote) | 3,235.46 | 3,235.46 | | 3,235.46 | FA |
| 17* | National Bank of Commerce Checking Acct # 2463 (u) (See Footnote) | 1,062.73 | 1,062.73 | | 1,032.73 | FA |
| 18* | Net Proceeds from Ch 11 Asset Sale (Held in Escrow) (u) (See Footnote) | 58,287.70 | 58,287.70 | | 58,287.70 | FA |
| 19 | Avoidance Action Claims (u) Voided. Replaced by adversaries 16-05290 through 16-05302. See asset # 21-34 below | Unknown | 0.00 | | 0.00 | FA |
| 20 | National Bank of Commerce Pre-Petition Bank Fee Refund (u) | 37.35 | 37.35 | | 37.35 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| Case No.: | 14-71797-PWB | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | HP/SUPERIOR, INC. | Date Filed (f) or Converted (c): | 11/17/2015 (c) |
| | | § 341(a) Meeting Date: | 01/12/2016 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 04/24/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21* | Adversary # 16-05288-pwb, S. Gregory Hays, Chapter 7 Trustee v. AltaCare Corporation (u) (See Footnote) | 395,808.28 | 395,808.28 | | 45,463.91 | 17,348.07 |
| 22* | Adversary # 16-05289-pwb, S. Gregory Hays, Chapter 7 Trustee v. HP/Witchita Hill, Inc. d/b/a College Hill Nursing (u) (See Footnote) | 212,023.99 | 212,023.99 | | 24,353.82 | 9,292.89 |
| 23* | Adversary # 16-05290-pwb, S. Gregory Hays, Chapter 7 Trustee v. LTC Healthcare at Florence, Inc. d/b/a Hidden Hill (u) (See Footnote) | 186,425.00 | 186,425.00 | | 21,413.42 | 8,170.91 |
| 24* | Adversary # 16-05291-pwb, S. Gregory Hays, Chapter 7 Trustee v. HP/Cambridge House, Inc. (u) (See Footnote) | 126,250.00 | 126,250.00 | | 14,501.52 | 5,533.47 |
| 25* | Adversary # 16-05293-pwb, S. Gregory Hays, Chapter 7 Trustee v. Fireside-LTC, LLC (u) (See Footnote) | 11,508.00 | 11,508.00 | | 1,321.84 | 504.40 |
| 26* | Adversary # 16-05294-pwb, S. Gregory Hays, Chapter 7 Trustee v. Five Rivers Management LLC (u) (See Footnote) | 31,860.27 | 31,860.27 | | 3,659.58 | 1,396.42 |
| 27* | Adversary # 16-05295-pwb, S. Gregory Hays, Chapter 7 Trustee v. Friendship-LTC, Inc. (u) (See Footnote) | 19,648.57 | 19,648.57 | | 2,256.89 | 861.20 |
| 28* | Adversary # 16-05296-pwb, S. Gregory Hays, Chapter 7 Trustee v. Great Bend-LTC, LLC (u) (See Footnote) | 64,265.00 | 64,265.00 | | 7,381.71 | 2,816.69 |
| 29* | Adversary # 16-05297-pwb, S. Gregory Hays, Chapter 7 Trustee v. Rosewood-LTC, LLC (u) (See Footnote) | 89,703.65 | 89,703.65 | | 10,303.68 | 3,931.66 |
| 30* | Adversary # 16-05298-pwb, S. Gregory Hays, Chapter 7 Trustee v. Woodland Park -LTC, LLC (u) (See Footnote) | 86,000.00 | 86,000.00 | | 9,878.25 | 3,769.34 |
| 31* | Adversary # 16-05299-pwb, S. Gregory Hays, Chapter 7 Trustee v. Long Term Care Services, Inc. (u) (See Footnote) | 544,524.23 | 544,524.23 | | 62,545.93 | 23,866.23 |
| 32 | Adversary # 16-05300-pwb, S. Gregory Hays, Chapter 7 Trustee v. Evergreen Rehabilitation, LLC (u)<br>Settled for $12,500 per Order, Docket # 251. Payment due by March 23. | 90,000.00 | 90,000.00 | | 12,500.00 | FA |
| 33* | Adversary 16-05301-pwb, S. Gregory Hays, Chapter 7 Trustee v. Salem Nursing & Rehab Center of Reform, Inc. (u) (See Footnote) | 121,500.00 | 121,500.00 | | 0.00 | FA |
| 34* | Adversary 16-05302-pwb, S. Gregory Hays, Chapter 7 Trustee v. Salem Nursing & Rehab Center of Tuskegee, Inc. (u) (See Footnote) | 186,000.00 | 186,000.00 | | 0.00 | FA |
| 35 | BMO Harris DIP Operating Account # 1037 (u) | 4,277.40 | 4,277.40 | | 4,277.40 | FA |
| 36 | BMO Harris DIP Tax Account # 1029 (u) | 167.78 | 167.78 | | 167.78 | FA |
| 37* | Adversary # 16-05292-pwb, S. Gregory Hays, Chapter 7 Trustee v. HP/Carrington, Inc. (u) (See Footnote) | 437,500.00 | 437,500.00 | | 50,252.77 | 19,175.40 |
| 37 | Assets     Totals     (Excluding unknown values) | **$7,180,693.47** | **$5,820,275.24** | | **$3,193,000.40** | **$96,666.68** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

| | |
|---|---|
| **Case No.:** 14-71797-PWB | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** HP/SUPERIOR, INC. | **Date Filed (f) or Converted (c):** 11/17/2015 (c) |
| | **§ 341(a) Meeting Date:** 01/12/2016 |
| **For Period Ending:** 06/30/2019 | **Claims Bar Date:** 04/24/2016 |

| | |
|---|---|
| RE PROP# 1 | Account was fully administered during the Chapter 11 period with no balance at the time of the conversion to Chapter 7. |
| RE PROP# 2 | Scheduled value represents value of account as of Chapter 11 petition. The Debtor continued to use account during Chapter 11 operating period. The Trustee value represents value as of conversion to Chapter 7. |
| RE PROP# 3 | Scheduled value represents value of account as of Chapter 11 petition. The Trustee sent collection letters for all outstanding receivables as of the conversion to Chapter 7 with little results. The majority of the receivables were not collectible due to the passing of former residents, inability to pay or dispute on obligation. Future recovery unlikely but possible. |
| RE PROP# 5 | Asset was sold/transferred in the Chapter 11 case pursuant to Order, Docket #84.  See asset # 18. |
| RE PROP# 6 | Asset was sold/transferred in the Chapter 11 case pursuant to Order, Docket #84.  See asset # 18. |
| RE PROP# 7 | Asset was sold/transferred in the Chapter 11 case pursuant to Order, Docket #84.  See asset # 18. |
| RE PROP# 8 | Asset was sold/transferred in the Chapter 11 case pursuant to Order, Docket #84.  See asset # 18. |
| RE PROP# 9 | Asset was sold/transferred in the Chapter 11 case pursuant to Order, Docket #84.  See asset # 18. |
| RE PROP# 10 | Asset was sold/transferred in the Chapter 11 case pursuant to Order, Docket #84.  See asset # 18. |
| RE PROP# 11 | Asset was administered in the Chapter 11 case. |
| RE PROP# 12 | Asset was administered during Chapter 11 case. |
| RE PROP# 13 | Asset was sold/transferred in the Chapter 11 case pursuant to Order, Docket #84.  See asset # 18. |
| RE PROP# 14 | Asset was sold/transferred in the Chapter 11 case pursuant to Order, Docket #84.  See asset # 18. |
| RE PROP# 15 | Administered in the Chapter 11 case. |
| RE PROP# 16 | This account was not scheduled but was open at the time of the Chapter 11 petition.  The Debtor continued to use account during Chapter 11 operating period. The Trustee value represents value as of conversion to Chapter 7. |
| RE PROP# 17 | Account is in the name of Superior Healthcase but holds funds earned by Debtor. To be turned over by Trustee for Superior Healthcare Investors per settlement and Order, Docket # 209. |
| RE PROP# 18 | During the Chapter 11 case, certain assets of the Debtor and Superior Healthcare Investors (Case # 15-54039) were sold for $2,320,000.  The sold  assets of this Debtor include above asset numbers 5,6,7,8,9,10,13 &14.  Certain expenses and claims were paid from the sale proceeds during the Chapter 11 case and $765,975.53 remains in the Scroggins & Williamson escrow account.  Pursuant to a settlement between the Trustee, the trustee for Superior Healthcare Investors and the secured lender, CSE, $58,287.70 of the escrowed funds were allocated to this bankruptcy estate and the remainder were allocated to Superior Healthcare Investors bankruptcy estate. Payment was received in July 2016. |
| RE PROP# 21 | $350,000 settlement of adversaries 16-5288 thru 16-5299 allocated based on amounts demanded against settling defendants. |
| RE PROP# 22 | $350,000 settlement of adversaries 16-5288 thru 16-5299 allocated based on amounts demanded against settling defendants. |
| RE PROP# 23 | $350,000 settlement of adversaries 16-5288 thru 16-5299 allocated based on amounts demanded against settling defendants. |
| RE PROP# 24 | $350,000 settlement of adversaries 16-5288 thru 16-5299 allocated based on amounts demanded against settling defendants. |
| RE PROP# 25 | $350,000 settlement of adversaries 16-5288 thru 16-5299 allocated based on amounts demanded against settling defendants. |
| RE PROP# 26 | $350,000 settlement of adversaries 16-5288 thru 16-5299 allocated based on amounts demanded against settling defendants. |
| RE PROP# 27 | $350,000 settlement of adversaries 16-5288 thru 16-5299 allocated based on amounts demanded against settling defendants. |
| RE PROP# 28 | $350,000 settlement of adversaries 16-5288 thru 16-5299 allocated based on amounts demanded against settling defendants. |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-4

| | |
|---|---|
| **Case No.:** 14-71797-PWB | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** HP/SUPERIOR, INC. | **Date Filed (f) or Converted (c):** 11/17/2015 (c) |
| | **§ 341(a) Meeting Date:** 01/12/2016 |
| **For Period Ending:** 06/30/2019 | **Claims Bar Date:** 04/24/2016 |

| | |
|---|---|
| RE PROP# 29 | $350,000 settlement of adversaries 16-5288 thru 16-5299 allocated based on amounts demanded against settling defendants. |
| RE PROP# 30 | $350,000 settlement of adversaries 16-5288 thru 16-5299 allocated based on amounts demanded against settling defendants. |
| RE PROP# 31 | $350,000 settlement of adversaries 16-5288 thru 16-5299 allocated based on amounts demanded against settling defendants. |
| RE PROP# 33 | Amount listed represents the amount demanded in the adversary. Entity liquidated through receivership in year 2015. No recovery. |
| RE PROP# 34 | Amount listed represents the amount demanded in the adversary. Entity liquidated through receivership in year 2015. No recovery. |
| RE PROP# 37 | $350,000 settlement of adversaries 16-5288 thru 16-5299 allocated based on amounts demanded against settling defendants. |

**Major Activities Affecting Case Closing:**

All recovery matters have been resolved. Settlement installment payments to be made through December 2019. Trustee is reviewing secured and administrative claims for a possible interim distribution.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 06/30/2018 | **Current Projected Date Of Final Report (TFR):** 12/31/2019 |
| 07/29/2019 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 14-71797-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | HP/SUPERIOR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7090 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/25/16 | {4} | State of Wisconsin | Incoming Wire Transfer. Payment of reconciled Medicaid holdbacks. | 1121-000 | 2,851,208.68 | | 2,851,208.68 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 191.25 | 2,851,017.43 |
| 03/09/16 | {16} | National Bank of Commerce | close out account ******4885 | 1290-000 | 3,235.46 | | 2,854,252.89 |
| 03/09/16 | {2} | National Bank of Commerce | close out account ******4290 | 1129-000 | 4,808.38 | | 2,859,061.27 |
| 03/09/16 | {2} | National Bank of Commerce | close out account ******4290 | 1129-000 | 4,808.38 | | 2,863,869.65 |
| 03/09/16 | {3} | Susan A OLeary | AR | 1121-000 | 23.55 | | 2,863,893.20 |
| 03/09/16 | {3} | Ronald D Wohlwend | AR | 1121-000 | 15.00 | | 2,863,908.20 |
| 03/09/16 | {2} | National Bank of Commerce | Deposit Reversal: close out account 9071064290 | 1129-000 | -4,808.38 | | 2,859,099.82 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 3,155.73 | 2,855,944.09 |
| 04/05/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | -3,346.98 | 2,859,291.07 |
| 04/13/16 | {3} | Norman Hautala | AR - Twin Ports Guardianship & Payee Services | 1121-000 | 4,059.11 | | 2,863,350.18 |
| 07/06/16 | {3} | Highmark - Freedom Blue PPO | Interest on 2013 Accounts Receivable | 1121-000 | 13.94 | | 2,863,364.12 |
| 07/25/16 | {18} | Superior WI Realty, LLC (Scroggins & Williamson Escrow) | Balance of sale proceeds from Scroggins & Williamson escrow account. Paid to Trustee per Order, Dkt # 209. | 1229-000 | 58,287.70 | | 2,921,651.82 |
| 08/03/16 | 101 | CSE Mortgage, LLC | Per Order Approving Settlement Agreement (Dkt # 209) Voided on 08/03/2016 | 4210-000 | | 559,889.50 | 2,361,762.32 |
| 08/03/16 | 101 | CSE Mortgage, LLC | Per Order Approving Settlement Agreement (Dkt # 209) Voided on 08/03/2016 | 4210-000 | | -559,889.50 | 2,921,651.82 |
| 08/03/16 | 102 | CSE Mortgage LLC | Per Order Approving Settlement Agreement (Dkt # 209) | 4210-000 | | 559,889.50 | 2,361,762.32 |
| 08/10/16 | {17} | Cathy Scarver Trustee for Superior Healthcare Investors (15-50439) | Superior Healthcare Investors National Bank of Commerce account balance per settlement, Order # 209. | 1229-000 | 1,032.73 | | 2,362,795.05 |
| 11/22/16 | 103 | Badger Acquisition of Minnesota, LLC | Per Settlement Agreement and per Order, Doc. No. 232. | 4210-000 | | 615,670.86 | 1,747,124.19 |
| 04/18/17 | {20} | National Bank of Commerce | Pre-petition Bank Fee Refund | 1229-000 | 37.35 | | 1,747,161.54 |

Page Subtotals: $2,922,721.90    $1,175,560.36

{ } Asset Reference(s)    ! - transaction has not been cleared

**Form 2**

Page: 2-2

## Cash Receipts And Disbursements Record

| Case No.: | 14-71797-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | HP/SUPERIOR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7090 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/30/17 | {35} | HP Superior, Inc | Close BMO Harris Account #******1037 - Tax Account | 1290-000 | 4,277.40 | | 1,751,438.94 |
| 05/30/17 | {36} | HP Superior, Inc | Close BMO Harris Account #******1029 - Operating Account | 1290-000 | 167.78 | | 1,751,606.72 |
| 12/12/17 | 104 | Arnall Golden Gregory LLP | Attorney fees and expenses paid per Order, Docket # 241. | | | 447,617.13 | 1,303,989.59 |
| | | | Attorney fees paid per Order, Docket # 241.  $444,953.50 | 3210-000 | | | 1,303,989.59 |
| | | | Attorney expenses paid per Order, Docket # 241.  $2,663.63 | 3220-000 | | | 1,303,989.59 |
| 01/05/18 | 105 | Hays Financial Consulting, LLC | Accountant fees and expenses paid per Order, Docket # 241. | | | 94,215.39 | 1,209,774.20 |
| | | | Accountant fees paid per Order, Docket # 241.  $93,287.50 | 3310-000 | | | 1,209,774.20 |
| | | | Attorney expenses paid per Order, Docket # 241.  $927.89 | 3320-000 | | | 1,209,774.20 |
| 03/27/18 | | the Falcone Law Firm IOLTA (AltaCare et al) | First installment payment of settlement of Adversaries 16-5288 thru 16-5299 per Order, Docket # 246. Settlement proceeds allocated based on complaint amount. | | 120,000.00 | | 1,329,774.20 |
| | {21} | | Settlement of adversary per Order, Docket # 246.  $21,535.54 | 1241-000 | | | 1,329,774.20 |
| | {22} | | Settlement of adversary per Order, Docket # 246.  $11,536.02 | 1241-000 | | | 1,329,774.20 |
| | {23} | | Settlement of adversary per Order, Docket # 246.  $10,143.20 | 1241-000 | | | 1,329,774.20 |
| | {24} | | Settlement of adversary per Order, Docket # 246.  $6,869.14 | 1241-000 | | | 1,329,774.20 |
| | {37} | | Settlement of adversary per Order, Docket # 246. | 1241-000 | | | 1,329,774.20 |

Page Subtotals:    $124,445.18    $541,832.52

{ } Asset Reference(s)    ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 14-71797-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | HP/SUPERIOR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7090 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {25} | | Settlement of adversary per Order, Docket # 246. $626.14 | 1241-000 | | | 1,329,774.20 |
| | {26} | | Settlement of adversary per Order, Docket # 246. $1,733.49 | 1241-000 | | | 1,329,774.20 |
| | {27} | | Settlement of adversary per Order, Docket # 246. $1,069.06 | 1241-000 | | | 1,329,774.20 |
| | {28} | | Settlement of adversary per Order, Docket # 246. $3,496.59 | 1241-000 | | | 1,329,774.20 |
| | {29} | | Settlement of adversary per Order, Docket # 246. $4,880.69 | 1241-000 | | | 1,329,774.20 |
| | {30} | | Settlement of adversary per Order, Docket # 246. $4,679.17 | 1241-000 | | | 1,329,774.20 |
| | {31} | | Settlement of adversary per Order, Docket # 246. $29,627.02 | 1241-000 | | | 1,329,774.20 |
| 03/27/18 | {32} | McBrayer Escrow Account (Evergreen Rehabilitation) | Settlement of adversary 16-5300 per Order, Docket # 251. | 1241-000 | 12,500.00 | | 1,342,274.20 |
| 07/17/18 | 106 | Bennett Thrasher LLP | Invoice # 166259 and per Order (Dkt # 256). | 2990-000 | | 23,648.75 | 1,318,625.45 |
| 07/20/18 | | Friendship LTC, LLC | Partial payment of second installment payment of settlement of Adversaries 16-5288 thru 16-5299 per Order, Docket # 246. Settlement proceeds allocated based on complaint amount. | | 13,000.00 | | 1,331,625.45 |
| | {21} | | Allocation of settlement payment per order, dkt # 246 $2,333.02 | 1241-000 | | | 1,331,625.45 |
| | {22} | | Allocation of settlement payment per order, dkt # 246 | 1241-000 | | | 1,331,625.45 |

Note: Above the first data row is a value $23,803.94 (in column 4).

**Page Subtotals:**   $25,500.00   $23,648.75

{ } Asset Reference(s)                                                                                                                   ! - transaction has not been cleared

**Form 2**

Page: 2-4

## Cash Receipts And Disbursements Record

| Case No.: | 14-71797-PWB | Trustee Name: | S. Gregory Hays (300320) |
| --- | --- | --- | --- |
| Case Name: | HP/SUPERIOR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7090 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $1,249.74 | | | | |
| | {23} | | Allocation of settlement payment per order, dkt # 246 $1,098.85 | 1241-000 | | | 1,331,625.45 |
| | {24} | | Allocation of settlement payment per order, dkt # 246 $744.16 | 1241-000 | | | 1,331,625.45 |
| | {37} | | Allocation of settlement payment per order, dkt # 246 $2,578.76 | 1241-000 | | | 1,331,625.45 |
| | {25} | | Allocation of settlement payment per order, dkt # 246 $67.83 | 1241-000 | | | 1,331,625.45 |
| | {26} | | Allocation of settlement payment per order, dkt # 246 $187.79 | 1241-000 | | | 1,331,625.45 |
| | {27} | | Allocation of settlement payment per order, dkt # 246 $115.81 | 1241-000 | | | 1,331,625.45 |
| | {28} | | Allocation of settlement payment per order, dkt # 246 $378.80 | 1241-000 | | | 1,331,625.45 |
| | {29} | | Allocation of settlement payment per order, dkt # 246 $528.74 | 1241-000 | | | 1,331,625.45 |
| | {30} | | Allocation of settlement payment per order, dkt # 246 $506.91 | 1241-000 | | | 1,331,625.45 |
| | {31} | | Allocation of settlement payment per order, dkt # 246 $3,209.59 | 1241-000 | | | 1,331,625.45 |
| 07/23/18 | | Friendship LTC LLC | Partial payment of second installment payment of settlement of Adversaries 16-5288 thru 16-5299 per Order, Docket # 246. Settlement proceeds allocated based on complaint amount. | | 4,333.33 | | 1,335,958.78 |

Page Subtotals:    $4,333.33    $0.00

{ } Asset Reference(s)    ! - transaction has not been cleared

**Form 2**

Page: 2-5

## Cash Receipts And Disbursements Record

| Case No.: | 14-71797-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | HP/SUPERIOR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7090 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {21} | | Allocation of settlement payment per order, dkt # 246 $777.67 | 1241-000 | | | 1,335,958.78 |
| | {22} | | Allocation of settlement payment per order, dkt # 246 $416.58 | 1241-000 | | | 1,335,958.78 |
| | {23} | | Allocation of settlement payment per order, dkt # 246 $366.28 | 1241-000 | | | 1,335,958.78 |
| | {24} | | Allocation of settlement payment per order, dkt # 246 $248.05 | 1241-000 | | | 1,335,958.78 |
| | {37} | | Allocation of settlement payment per order, dkt # 246 $859.59 | 1241-000 | | | 1,335,958.78 |
| | {25} | | Allocation of settlement payment per order, dkt # 246 $22.61 | 1241-000 | | | 1,335,958.78 |
| | {26} | | Allocation of settlement payment per order, dkt # 246 $62.60 | 1241-000 | | | 1,335,958.78 |
| | {27} | | Allocation of settlement payment per order, dkt # 246 $38.60 | 1241-000 | | | 1,335,958.78 |
| | {28} | | Allocation of settlement payment per order, dkt # 246 $126.27 | 1241-000 | | | 1,335,958.78 |
| | {29} | | Allocation of settlement payment per order, dkt # 246 $176.25 | 1241-000 | | | 1,335,958.78 |
| | {30} | | Allocation of settlement payment per order, dkt # 246 $168.97 | 1241-000 | | | 1,335,958.78 |
| | {31} | | Allocation of settlement payment per order, dkt # 246 $1,069.86 | 1241-000 | | | 1,335,958.78 |

Page Subtotals:    $0.00    $0.00

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

Page: 2-6

## Cash Receipts And Disbursements Record

| Case No.: | 14-71797-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | HP/SUPERIOR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7090 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/24/18 | | Friendship LTC LLC | Partial payment of second installment payment of settlement of Adversaries 16-5288 thru 16-5299 per Order, Docket # 246. Settlement proceeds allocated based on complaint amount. | | 3,000.00 | | 1,338,958.78 |
| | {21} | | Allocation of settlement payment per order, dkt # 246  $538.39 | 1241-000 | | | 1,338,958.78 |
| | {22} | | Allocation of settlement payment per order, dkt # 246  $288.40 | 1241-000 | | | 1,338,958.78 |
| | {23} | | Allocation of settlement payment per order, dkt # 246  $253.58 | 1241-000 | | | 1,338,958.78 |
| | {24} | | Allocation of settlement payment per order, dkt # 246  $171.73 | 1241-000 | | | 1,338,958.78 |
| | {37} | | Allocation of settlement payment per order, dkt # 246  $595.10 | 1241-000 | | | 1,338,958.78 |
| | {25} | | Allocation of settlement payment per order, dkt # 246  $15.65 | 1241-000 | | | 1,338,958.78 |
| | {26} | | Allocation of settlement payment per order, dkt # 246  $43.34 | 1241-000 | | | 1,338,958.78 |
| | {27} | | Allocation of settlement payment per order, dkt # 246  $26.73 | 1241-000 | | | 1,338,958.78 |
| | {28} | | Allocation of settlement payment per order, dkt # 246  $87.41 | 1241-000 | | | 1,338,958.78 |
| | {29} | | Allocation of settlement payment per order, dkt # 246  $122.02 | 1241-000 | | | 1,338,958.78 |
| | {30} | | Allocation of settlement payment per order, dkt # 246  $116.98 | 1241-000 | | | 1,338,958.78 |

Page Subtotals:  $3,000.00    $0.00

{ } Asset Reference(s)                                                                                           ! - transaction has not been cleared

**Form 2**

Page: 2-7

## Cash Receipts And Disbursements Record

| Case No.: | 14-71797-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | HP/SUPERIOR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7090 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {31} | | Allocation of settlement payment per order, dkt # 246  $740.67 | 1241-000 | | | 1,338,958.78 |
| 07/25/18 | | Friendship LTC LLC | Partial payment of second installment payment of settlement of Adversaries 16-5288 thru 16-5299 per Order, Docket # 246. Settlement proceeds allocated based on complaint amount. | | 3,000.00 | | 1,341,958.78 |
| | {21} | | Allocation of settlement payment per order, dkt # 246  $538.39 | 1241-000 | | | 1,341,958.78 |
| | {22} | | Allocation of settlement payment per order, dkt # 246  $288.40 | 1241-000 | | | 1,341,958.78 |
| | {23} | | Allocation of settlement payment per order, dkt # 246  $253.58 | 1241-000 | | | 1,341,958.78 |
| | {24} | | Allocation of settlement payment per order, dkt # 246  $171.73 | 1241-000 | | | 1,341,958.78 |
| | {37} | | Allocation of settlement payment per order, dkt # 246  $595.10 | 1241-000 | | | 1,341,958.78 |
| | {25} | | Allocation of settlement payment per order, dkt # 246  $15.65 | 1241-000 | | | 1,341,958.78 |
| | {26} | | Allocation of settlement payment per order, dkt # 246  $43.34 | 1241-000 | | | 1,341,958.78 |
| | {27} | | Allocation of settlement payment per order, dkt # 246  $26.72 | 1241-000 | | | 1,341,958.78 |
| | {28} | | Allocation of settlement payment per order, dkt # 246  $87.41 | 1241-000 | | | 1,341,958.78 |
| | {29} | | Allocation of settlement payment per order, dkt # 246  $122.02 | 1241-000 | | | 1,341,958.78 |

Page Subtotals: $3,000.00  $0.00

{ } Asset Reference(s)  ! - transaction has not been cleared

**Form 2**

Page: 2-8

## Cash Receipts And Disbursements Record

| Case No.: | 14-71797-PWB | Trustee Name: | S. Gregory Hays (300320) |
| --- | --- | --- | --- |
| Case Name: | HP/SUPERIOR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7090 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {30} | | Allocation of settlement payment per order, dkt # 246 $116.98 | 1241-000 | | | 1,341,958.78 |
| | {31} | | Allocation of settlement payment per order, dkt # 246 $740.68 | 1241-000 | | | 1,341,958.78 |
| 07/30/18 | | Friendship LTC LLC | Partial payment of second installment payment of settlement of Adversaries 16-5288 thru 16-5299 per Order, Docket # 246. Settlement proceeds allocated based on complaint amount. | | 2,000.00 | | 1,343,958.78 |
| | {21} | | Allocation of settlement payment per order, dkt # 246 $358.92 | 1241-000 | | | 1,343,958.78 |
| | {22} | | Allocation of settlement payment per order, dkt # 246 $192.27 | 1241-000 | | | 1,343,958.78 |
| | {23} | | Allocation of settlement payment per order, dkt # 246 $169.05 | 1241-000 | | | 1,343,958.78 |
| | {24} | | Allocation of settlement payment per order, dkt # 246 $114.49 | 1241-000 | | | 1,343,958.78 |
| | {37} | | Allocation of settlement payment per order, dkt # 246 $396.73 | 1241-000 | | | 1,343,958.78 |
| | {25} | | Allocation of settlement payment per order, dkt # 246 $10.44 | 1241-000 | | | 1,343,958.78 |
| | {26} | | Allocation of settlement payment per order, dkt # 246 $28.89 | 1241-000 | | | 1,343,958.78 |
| | {27} | | Allocation of settlement payment per order, dkt # 246 $17.82 | 1241-000 | | | 1,343,958.78 |
| | {28} | | Allocation of settlement payment per order, dkt # 246 $58.28 | 1241-000 | | | 1,343,958.78 |

Page Subtotals:   $2,000.00   $0.00

{ } Asset Reference(s)   ! - transaction has not been cleared

**Form 2**

Page: 2-9

## Cash Receipts And Disbursements Record

| Case No.: | 14-71797-PWB | Trustee Name: | S. Gregory Hays (300320) |
| --- | --- | --- | --- |
| Case Name: | HP/SUPERIOR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7090 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {29} | | Allocation of settlement payment per order, dkt # 246 $81.34 | 1241-000 | | | 1,343,958.78 |
| | {30} | | Allocation of settlement payment per order, dkt # 246 $77.99 | 1241-000 | | | 1,343,958.78 |
| | {31} | | Allocation of settlement payment per order, dkt # 246 $493.78 | 1241-000 | | | 1,343,958.78 |
| 08/03/18 | | Friendship LTC LLC | Partial payment of second installment payment of settlement of Adversaries 16-5288 thru 16-5299 per Order, Docket # 246. Settlement proceeds allocated based on complaint amount. | | 8,000.00 | | 1,351,958.78 |
| | {21} | | Allocation of settlement payment per order, dkt # 246 $1,435.70 | 1241-000 | | | 1,351,958.78 |
| | {22} | | Allocation of settlement payment per order, dkt # 246 $769.07 | 1241-000 | | | 1,351,958.78 |
| | {23} | | Allocation of settlement payment per order, dkt # 246 $676.21 | 1241-000 | | | 1,351,958.78 |
| | {24} | | Allocation of settlement payment per order, dkt # 246 $457.94 | 1241-000 | | | 1,351,958.78 |
| | {37} | | Allocation of settlement payment per order, dkt # 246 $1,586.93 | 1241-000 | | | 1,351,958.78 |
| | {25} | | Allocation of settlement payment per order, dkt # 246 $41.74 | 1241-000 | | | 1,351,958.78 |
| | {26} | | Allocation of settlement payment per order, dkt # 246 $115.57 | 1241-000 | | | 1,351,958.78 |
| | {27} | | Allocation of settlement payment per order, dkt # 246 $71.27 | 1241-000 | | | 1,351,958.78 |

Page Subtotals: $8,000.00 $0.00

{ } Asset Reference(s)     ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-10

| Case No.: | 14-71797-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | HP/SUPERIOR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7090 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {28} | | Allocation of settlement payment per order, dkt # 246  $233.11 | 1241-000 | | | 1,351,958.78 |
| | {29} | | Allocation of settlement payment per order, dkt # 246  $325.38 | 1241-000 | | | 1,351,958.78 |
| | {30} | | Allocation of settlement payment per order, dkt # 246  $311.94 | 1241-000 | | | 1,351,958.78 |
| | {31} | | Allocation of settlement payment per order, dkt # 246  $1,975.14 | 1241-000 | | | 1,351,958.78 |
| 09/21/18 | | Five Rivers Management LLC | Wire Transfer - Per Settlement Agreement Third installment payment of settlement of Adversaries 16-5288 thru 16-5299 per Order, Docket # 246. Settlement proceeds allocated based on complaint amount. | | 33,333.33 | | 1,385,292.11 |
| | {21} | | Settlement of adversary per Order, Docket # 246.  $5,982.09 | 1241-000 | | | 1,385,292.11 |
| | {22} | | Settlement of adversary per Order, Docket # 246.  $3,204.45 | 1241-000 | | | 1,385,292.11 |
| | {23} | | Settlement of adversary per Order, Docket # 246.  $2,817.55 | 1241-000 | | | 1,385,292.11 |
| | {24} | | Settlement of adversary per Order, Docket # 246.  $1,908.09 | 1241-000 | | | 1,385,292.11 |
| | {37} | | Settlement of adversary per Order, Docket # 246.  $6,612.21 | 1241-000 | | | 1,385,292.11 |
| | {25} | | Settlement of adversary per Order, Docket # 246.  $173.93 | 1241-000 | | | 1,385,292.11 |
| | {26} | | Settlement of adversary per Order, Docket # 246. | 1241-000 | | | 1,385,292.11 |

Page Subtotals: $33,333.33  $0.00

{ } Asset Reference(s)  ! - transaction has not been cleared

**Form 2**

Page: 2-11

## Cash Receipts And Disbursements Record

| Case No.: | 14-71797-PWB | Trustee Name: | S. Gregory Hays (300320) |
| --- | --- | --- | --- |
| Case Name: | HP/SUPERIOR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7090 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $481.52 | | | | |
| | {27} | | Settlement of adversary per Order, Docket # 246. $296.96 | 1241-000 | | | 1,385,292.11 |
| | {28} | | Settlement of adversary per Order, Docket # 246. $971.28 | 1241-000 | | | 1,385,292.11 |
| | {29} | | Settlement of adversary per Order, Docket # 246. $1,355.75 | 1241-000 | | | 1,385,292.11 |
| | {30} | | Settlement of adversary per Order, Docket # 246. $1,299.77 | 1241-000 | | | 1,385,292.11 |
| | {31} | | Settlement of adversary per Order, Docket # 246. $8,229.73 | 1241-000 | | | 1,385,292.11 |
| 12/19/18 | | Fireside LTC LLC | Partial payment of fourth installment payment of settlement of Adversaries 16-5288 thru 16-5299 per Order, Docket # 246. Settlement proceeds allocated based on complaint amount. | | 13,500.00 | | 1,398,792.11 |
| | {21} | | Allocation of settlement payment per order, dkt # 246 $2,422.75 | 1241-000 | | | 1,398,792.11 |
| | {22} | | Allocation of settlement payment per order, dkt # 246 $1,297.80 | 1241-000 | | | 1,398,792.11 |
| | {23} | | Allocation of settlement payment per order, dkt # 246 $1,141.11 | 1241-000 | | | 1,398,792.11 |
| | {24} | | Allocation of settlement payment per order, dkt # 246 $772.78 | 1241-000 | | | 1,398,792.11 |
| | {37} | | Allocation of settlement payment per order, dkt # 246 $2,677.94 | 1241-000 | | | 1,398,792.11 |

Page Subtotals:    **$13,500.00**    **$0.00**

{ } Asset Reference(s)    ! - transaction has not been cleared

**Form 2**

Page: 2-12

## Cash Receipts And Disbursements Record

| Case No.: | 14-71797-PWB | Trustee Name: | S. Gregory Hays (300320) |
| --- | --- | --- | --- |
| Case Name: | HP/SUPERIOR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7090 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {25} | | Allocation of settlement payment per order, dkt # 246  $70.44 | 1241-000 | | | 1,398,792.11 |
| | {26} | | Allocation of settlement payment per order, dkt # 246  $195.01 | 1241-000 | | | 1,398,792.11 |
| | {27} | | Allocation of settlement payment per order, dkt # 246  $120.27 | 1241-000 | | | 1,398,792.11 |
| | {28} | | Allocation of settlement payment per order, dkt # 246  $393.37 | 1241-000 | | | 1,398,792.11 |
| | {29} | | Allocation of settlement payment per order, dkt # 246  $549.08 | 1241-000 | | | 1,398,792.11 |
| | {30} | | Allocation of settlement payment per order, dkt # 246  $526.41 | 1241-000 | | | 1,398,792.11 |
| | {31} | | Allocation of settlement payment per order, dkt # 246  $3,333.04 | 1241-000 | | | 1,398,792.11 |
| 02/06/19 | | Long Term Care Services Inc | Partial payment of fourth installment payment of settlement of Adversaries 16-5288 thru 16-5299 per Order, Docket # 246. Settlement proceeds allocated based on complaint amount | | 19,833.33 | | 1,418,625.44 |
| | {21} | | Allocation of settlement payment per order, dkt # 246  $3,559.35 | 1241-000 | | | 1,418,625.44 |
| | {22} | | Allocation of settlement payment per order, dkt # 246  $1,906.64 | 1241-000 | | | 1,418,625.44 |
| | {23} | | Allocation of settlement payment per order, dkt # 246  $1,676.45 | 1241-000 | | | 1,418,625.44 |
| | {24} | | Allocation of settlement payment per order, dkt # 246  $1,135.32 | 1241-000 | | | 1,418,625.44 |

Page Subtotals:   $19,833.33   $0.00

{ } Asset Reference(s)                                                                                                                                      ! - transaction has not been cleared

**Form 2**

Page: 2-13

## Cash Receipts And Disbursements Record

| Case No.: | 14-71797-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | HP/SUPERIOR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7090 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  | {37} |  | Allocation of settlement payment per order, dkt # 246 $3,934.26 | 1241-000 |  |  | 1,418,625.44 |
|  | {25} |  | Allocation of settlement payment per order, dkt # 246 $103.48 | 1241-000 |  |  | 1,418,625.44 |
|  | {26} |  | Allocation of settlement payment per order, dkt # 246 $286.51 | 1241-000 |  |  | 1,418,625.44 |
|  | {27} |  | Allocation of settlement payment per order, dkt # 246 $176.69 | 1241-000 |  |  | 1,418,625.44 |
|  | {28} |  | Allocation of settlement payment per order, dkt # 246 $577.91 | 1241-000 |  |  | 1,418,625.44 |
|  | {29} |  | Allocation of settlement payment per order, dkt # 246 $806.67 | 1241-000 |  |  | 1,418,625.44 |
|  | {30} |  | Allocation of settlement payment per order, dkt # 246 $773.36 | 1241-000 |  |  | 1,418,625.44 |
|  | {31} |  | Allocation of settlement payment per order, dkt # 246 $4,896.69 | 1241-000 |  |  | 1,418,625.44 |
| 05/07/19 |  | Long Term Care Services, Inc. | Wire Transfer - Per Settlement Agreement Fifth installment payment of settlement of Adversaries 16-5288 thru 16-5299 per Order, Docket # 246. Settlement proceeds allocated based on complaint amount. |  | 33,333.33 |  | 1,451,958.77 |
|  | {21} |  | Allocation of settlement payment per order, dkt # 246 $5,982.09 | 1241-000 |  |  | 1,451,958.77 |
|  | {22} |  | Allocation of settlement payment per order, dkt # 246 $3,204.45 | 1241-000 |  |  | 1,451,958.77 |
|  | {23} |  | Allocation of settlement payment per order, dkt # 246 | 1241-000 |  |  | 1,451,958.77 |

Page Subtotals:   $33,333.33   $0.00

{ } Asset Reference(s)   ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-14

| Case No.: | 14-71797-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | HP/SUPERIOR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7090 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $2,817.56 | | | | |
| | {24} | | Allocation of settlement payment per order, dkt # 246  $1,908.09 | 1241-000 | | | 1,451,958.77 |
| | {37} | | Allocation of settlement payment per order, dkt # 246  $6,612.21 | 1241-000 | | | 1,451,958.77 |
| | {25} | | Allocation of settlement payment per order, dkt # 246  $173.93 | 1241-000 | | | 1,451,958.77 |
| | {26} | | Allocation of settlement payment per order, dkt # 246  $481.52 | 1241-000 | | | 1,451,958.77 |
| | {27} | | Allocation of settlement payment per order, dkt # 246  $296.96 | 1241-000 | | | 1,451,958.77 |
| | {28} | | Allocation of settlement payment per order, dkt # 246  $971.28 | 1241-000 | | | 1,451,958.77 |
| | {29} | | Allocation of settlement payment per order, dkt # 246  $1,355.74 | 1241-000 | | | 1,451,958.77 |
| | {30} | | Allocation of settlement payment per order, dkt # 246  $1,299.77 | 1241-000 | | | 1,451,958.77 |
| | {31} | | Allocation of settlement payment per order, dkt # 246  $8,229.73 | 1241-000 | | | 1,451,958.77 |

Page Subtotals:   $0.00   $0.00

{ } Asset Reference(s)   ! - transaction has not been cleared

**Form 2**

Page: 2-15

# Cash Receipts And Disbursements Record

| Case No.: | 14-71797-PWB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | HP/SUPERIOR, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7090 | Account #: | ******3900 Checking |
| For Period Ending: | 06/30/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 3,193,000.40 | 1,741,041.63 | $1,451,958.77 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 3,193,000.40 | 1,741,041.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,193,000.40** | **$1,741,041.63** | |

{ } Asset Reference(s)          ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page: 2-16

| | |
|---|---|
| **Case No.:** | 14-71797-PWB |
| **Case Name:** | HP/SUPERIOR, INC. |
| **Taxpayer ID #:** | **-***7090 |
| **For Period Ending:** | 06/30/2019 |

| | |
|---|---|
| **Trustee Name:** | S. Gregory Hays (300320) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******3900 Checking |
| **Blanket Bond (per case limit):** | $30,203,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $3,193,000.40 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| **Net Estate:** | **$3,193,000.40** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3900 Checking | $3,193,000.40 | $1,741,041.63 | $1,451,958.77 |
| | **$3,193,000.40** | **$1,741,041.63** | **$1,451,958.77** |