

**IT IS ORDERED as set forth below:**

Date: May 7, 2021

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-71797-PWB |
| | : | |
| HP/SUPERIOR, INC., | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER AND NOTICE ESTABLISHING BAR DATE**
**FIXING TIME FOR FILING ADMINISTRATIVE EXPENSE CLAIMS**

HP/Superior, Inc. ("**Debtor**") commenced this case on November 3, 2014 (the "**Petition Date**"), and S. Gregory Hays, as Chapter 7 trustee for the bankruptcy estate of HP/Superior, Inc. ("**Trustee**"), filed a *Motion for Entry of Amended Order Establishing Bar Date for Filing Motions Seeking Authorization of Administrative Expense Claims* [Doc. No. 262] (the "**Motion**").

Upon review of the Motion and the entire record in this matter, it is hereby

**ORDERED** that the Motion be, and the same hereby is, **GRANTED** as follows, and it is

16526255v1

**ORDERED AND NOTICE IS HEREBY GIVEN** that each creditor and party-in-interest who intends to file a motion seeking the payment of a claim for administrative expenses, as defined in 11 U.S.C. § 503 against Debtor, <u>excluding (a) administrative expense claims previously allowed or denied by order of the Court; and/or (b) administrative expense claims held by the duly appointed Chapter 7 and 11 professionals retained by the Trustee in accordance with the Bankruptcy Code arising on or prior to the Petition Date</u> (the "**Subject Administrative Expense Claims**"), SHALL FILE A MOTION SEEKING PAYMENT OF A SUBJECT ADMINISTRATIVE EXPENSE CLAIM WITH:

> Clerk, United States Bankruptcy Court
> Room 1340, Russell Federal Building
> and United States Courthouse
> 75 Ted Turner Drive, SW
> Atlanta, Georgia 30303

**on or before Friday, June 11, 2021,** (hereinafter the "**Bar Date**").

YOU ARE HEREBY FURTHER NOTIFIED THAT, PURSUANT TO THE TERMS OF THIS ORDER, ANY CREDITOR AND ANY PARTY-IN-INTEREST REQUIRED TO FILE A MOTION FOR PAYMENT OF A SUBJECT ADMINISTRATIVE EXPENSE CLAIM WHO FAILS TO DO SO BY THE BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING THE SUBJECT ADMINISTRATIVE EXPENSE CLAIM AGAINST THE DEBTOR AND THE DEBTOR'S ESTATE AND WILL NOT RECEIVE A DISTRIBUTION FROM THE BANKRUPTCY ESTATE RELATED TO THE SUBJECT ADMINISTRATIVE EXPENSE.

For clarity, this Order does not apply to professionals retained by the Trustee or the Debtor in accordance with the Bankruptcy Code for administrative expense claims incurred in connection with their employment in this case.

Counsel for the Trustee is hereby directed to serve a copy of this Order and Notice upon all creditors and parties-in-interest within seventy-two (72) hours of entry, and to file the appropriate certificate of service with this Court within three (3) business days thereafter.

### [END OF DOCUMENT]

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
    michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA  30363
(404) 873-7030

*Attorneys for Trustee*

16526255v1

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

HP/Superior, Inc.
5174 McGinnis Ferry Road
Suite 195
Alpharetta, GA 30005

Ashley Reynolds Ray
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA  30363-1031

16526255v1