# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HP/SUPERIOR, INC., | ) | CASE NO. 14-71797-pwb |
| | ) | |
| Debtor. | ) | |

## NOTICE OF UNPAID ADMINISTRATIVE EXPENSES

COMES NOW Scroggins & Williamson, P.C. ("**S&W**"), Chapter 11 bankruptcy counsel for HP/Superior Inc., d/b/a St. Francis in the Park, in the above-referenced case (the "**Debtor**" or "**HP**"), and files this *Notice of Unpaid Administrative Expenses* showing the Court as follows:

1.

On November 3, 2014 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"). By order of the Court dated December 5, 2014, S&W was approved as counsel for the Debtor.

2.

On September 23, 2015, this Court entered an Order Granting Application of Scroggins & Williamson, P.C. for Interim Compensation and Reimbursement of Expenses pursuant to which S&W was awarded and allowed interim compensation in the amount of $123,868.00, plus reimbursement of expenses in the amount of $3,891.36, for the period from November 3, 2014 through and including July 1, 2015.

3.

On October 27, 2015, the Court entered an Order Directing the Appointment of a Chapter 11 Trustee. On October 29, 2015, the Court entered an Order Approving S. Gregory Hays as Chapter 11 Trustee. On November 16, 2015, the Court entered an Order Converting Cases to

Cases Under Chapter 7 and Terminating and Severing Joint Administration of Cases which was effective as of November 4, 2015.

4.

On February 3, 2016, this Court entered an Order Granting Second and Final Application of Scroggins & Williamson, P.C. for Compensation and Reimbursement of Expenses pursuant to which S&W was awarded and allowed final compensation in the amount of $19,499.50, plus reimbursement of expenses in the amount of $466.47, for the period from August 1, 2015 through and including October 31, 2015.  The order also approved all prior interim awards as final and entitled such awards to administrative expense priority under 11 U.S.C. §§ 330(a) and 502(b), as a Chapter 11 administrative expense priority claim.

5.

As of May 31, 2021, seventy-three thousand eight hundred seventy-seven dollars and thirty-three cents ($73,877.33) of the allowed fees and expenses remains unpaid.

WHEREFORE, S&W seeks payment of the unpaid administrative expenses in the amount of seventy-three thousand eight hundred seventy-seven dollars and thirty-three cents ($73,877.33) at such time as the Trustee has sufficient funds to pay Chapter 11 administrative expenses, and such other relief as if just and proper.

This 1st day of June, 2021.

Respectfully submitted,

SCROGGINS & WILLIAMSON, P.C.

4401 Northside Parkway
Suite 450
Atlanta, Georgia 30327                    /s/ Ashley R. Ray
T:  (404) 893-3880                        J. ROBERT WILLIAMSON
F:  (404) 893-3886                        Georgia Bar No. 765214
E:  rwilliamson@swlawfirm.com             ASHLEY REYNOLDS RAY
    aray@swlawfirm.com                    Georgia Bar No. 601559

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the attached **Notice of Unpaid Administrative Expenses** by the Court's CM/ECF system on all counsel of record registered in this case through CM/ECF.

This 1st day of June, 2021.

                Respectfully submitted,

                SCROGGINS & WILLIAMSON, P.C.

| | |
|---|---|
| 4401 Northside Parkway | |
| Suite 450 | /s/ Ashley R. Ray |
| Atlanta, GA 30327 | J. ROBERT WILLIAMSON |
| T: (404) 893-3880 | Georgia Bar No. 765214 |
| F: (404) 893-3886 | ASHLEY REYNOLDS RAY |
| E: rwilliamson@swlawfirm.com | Georgia Bar No. 601559 |
|  aray@swlawfirm.com | |