IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HP/SUPERIOR, INC., | ) | CASE NO. 14-71797-PWB |
| | ) | |
| Debtor. | ) | |

**CSE MORTGAGE LLC'S NOTICE OF UNPAID ADMINISTRATIVE EXPENSE**

COMES NOW CSE Mortgage LLC ("CSE"), and hereby provides notice of its unpaid administrative expense claim, described in more detail below:

1. By order entered February 25, 2016 [Doc. 190], this Court approved a Chapter 11 administrative expense claim of the bankruptcy estate of this Debtor's affiliate, Superior Healthcare Investors, Inc. ("SHI").

2. Pursuant to such order, SHI has an allowed administrative expense claim for post-petition, pre-rejection rent in the amount of $429,778.80 and an allowed administrative expense claim for post-petition real property taxes in the amount of $34,201.03.

3. SHI's allowed administrative expense claim totals $463,979.83.

4. By order entered July 19, 2016 [Doc. 209], this Court approved a settlement between CSE, the Chapter 7 Trustee in this case, the Chapter 7 Trustee in SHI's case, and their respective bankruptcy estates.

5. Pursuant to such settlement, the administrative expense claims allowed under Doc. 190 have been assigned to CSE. Accordingly, CSE is the holder of SHI's allowed administrative claim totaling $463,979.83.

6. This claim is unpaid as of the date hereof.

**WHEREFORE,** CSE requests payment of its administrative expense claim totaling $463,979.83 at such time as the Chapter 7 Trustee has sufficient funds to pay Chapter 11 administrative expenses and such other relief as the Court deems just and proper.

Submitted by:

/s/ Kevin A. Stine
Kevin A. Stine
Georgia Bar No. 682588
kstine@bakerdonelson.com

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.      Counsel for CSE Mortgage LLC
Suite 1600, Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, GA 30326
404.577.6000 (Telephone)
404.221.6501 (Facsimile)

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2021, I electronically filed the foregoing **CSE Mortgage LLC's Notice of Unpaid Administrative Expense** with the Clerk of Court and served the same via electronic mail upon the CM/ECF users registered to receive filings in this case, including:

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street N.W., Suite 2100
Atlanta, GA 30363-1031

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

        Submitted by:

        */s/ Kevin A. Stine*
        Kevin A. Stine
        Georgia Bar No. 682588
        kstine@bakerdonelson.com

        Counsel for CSE Mortgage LLC