NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| HP/SUPERIOR, INC. | : | CASE NO. 14-71797 - PWB |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, on November 29, 2021, caused to be served true and correct copies of the *Notice of Pleading, Deadline to Object, and for Hearing* [Doc. No. 270] (the "**Notice**") by delivering copies of the same via United States first class mail, postage prepaid, to the following persons or entities at the addresses stated:

David S. Weidenbaum
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Cathy L. Scarver
P. O. Box 672587
Marietta, GA 30006

Ashley Reynolds Ray
Scroggins & Williamson One Riverside,
Suite 450
4401 Northside Parkway
Atlanta, GA 30237

G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
1117 Perimeter Center West
Suite W 212
Atlanta, GA  30338

HP/Superior, Inc.
5174 McGinnis Ferry Road
Suite 195
Alpharetta, GA 30005

Aaron Charles Brownell
US Department of Justice Tax Division
P.O. Box 14198
Washington, DC 14198

Kevin A. Stine
Baker Donelson Bearman
Monarch Plaza, Suite 1600
3414 Peachtree Road, NE
Atlanta, GA 30326

Internal Revenue Service
Insolvency Unit
401 West Peachtree Street
Stop 335-D
Atlanta, GA 30308

Department of Justice - Tax Division
Attn: Chief, Civil Trial Section
Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

17428203v1

United States Attorney General
Main Justice Building
10th and Constitution Avenue, NW
Washington, D.C. 20530

U.S. Attorney
Northern District of Georgia
Civil Division, Attn: Civil Clerk
600 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303

Lisa Johnson
Bankruptcy Specialist
Internal Revenue Service
401 W Peachtree ST, NW
M/S 334-D
Atlanta, GA 30308

F. Mark Bromley
Wisconsin Dept. of Justice
17 West Main Street
P. O. Box 7857
Madison, WI 53707-7857

Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

Hiram Cutting
Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

The Stark Collection Agency Inc.
PO Box 45710
Madison, WI 53744-5710

The Stark Collection Agency
6425 Odana RD Suite 22
PO Box 45710
Madison, WI 53744-5710

State of Wisconsin, DWD – UI
PO Box 8914
Madison, WI 53708

Ariane Daniels
State of Wisconsin, DWD – UI
PO Box 8914
Madison, WI 53708

 

This is to certify further that on November 29, 2021, I, Michael J. Bargar, caused to be served copies of the *Notice* [Doc. No. 270] by first class United States Mail, postage prepaid, on all of those entities set forth on Exhibit "A" at the addresses stated.

This 29th November, 2021.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By:/s/ Michael J. Bargar
   Michael J. Bargar
   Georgia Bar No. 645709
   michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363
Phone: (404) 873-8500

17428203v1

**EXHIBIT "A" FOLLOWS**

17428203v1

Label Matrix for local noticing
113E-1
Case 14-71797-pwb
Northern District of Georgia
Atlanta
Mon Nov 29 09:54:20 EST 2021

ARAMARK Uniform & Career Apparel, LLC
c/o Sheila R. Schwager
Hawley Troxell Ennis & Hawley,LLP
877 Main Street, Suite 1000
Boise, ID 83702-5884

ARAMARK Uniform & Career Apparel, LLC
c/o Sheila R. Schwager
Hawley Troxell Ennis & Hawley,LLP
PO Box 1617
Boise, ID 83701-1617

AS Captive
5895 Windward Parkway
Suite 200
Alpharetta, GA 30005-8805

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463

Absolute Fire Protection, Inc.
4905 Canosia Road
Saginaw, MN 55779-9792

Aegis Therapies
P.O. Box 8103
Fort Smith, AR 72902-8103

Alecia Christeen Radtke
2658 Aho Road
Barnum, MN 55707-8657

AltaCare Corporation
5895 Windward Parkway
Suite 200
Alpharetta, GA 30005-8805

Amara Healthcare
2021 Scott Road
Augusta, GA 30906-2539

American Healthtech
P.O. Box 12310
Jackson, MS 39236-2310

American Portable Medical Svc
4905 Bellemeade Avenue
Evansville, IN 47715-4129

Amerisure Mutual Insurance Company
c/o Timothy M. Rose
Amerisure Legal Operations
PO Box 2060
Farmington Hills, MI 48333-2060

Anthem BCBS Dental
P.O. Box 105163
Atlanta, GA 30348-5163

Aramark Uniform Services
AUS La Crosse MC Lockbox
26605 Network Place
Chicago, IL 60673-1266

Arjo Huntleigh
2349 West Lake Street
Addison, IL 60101-6183

BB&T Insurance Services, Inc.
3100 Royal Blvd South
P.O. Box 2190
Alpharetta, GA 30023-2190

Bachand Estates, LLP
Administrative Office
1707 N. 8th Street
Superior, WI 54880-6646

Badger Acquisition of Minnesota
d/b/a Omnicare of Minnesota
900 Omnicare Center
201 East Fourth Street
Cincinnati, Ohio 45202-1513

Badger Taxi
25 N. 93rd Ave West
Superior, WI 54880

Michael J. Bargar
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363-1031

Beckler's Carpet Outlet, Inc.
P.O. Box 9
3051 North Dug Gap Road, SW
Dalton, GA 30720-4983

Belknap Plumbing & Heating
1414 Belknap Street
Superior, WI 54880-2789

Bentley Data Solutions
2432 Summerwood
Layton, UT 84040-3112

Betty Kossak
1621 Weeks Avenue
Superior, WI 54880-2814

Blue Cross Blue Shield of WI
Box 88851
Milwaukee, WI 53288-8851

Blue Link
P.O. Box 64668
Saint Paul, MN 55164-0668

Breanna Rasmussen
8917 S. Big Balsam Road
Foxboro, WI 54836-9543

Brenda Dolsen
5491 S. State Hwy 35
Superior, WI 54880

Briggs
P.O. Box 1355
Des Moines, IA 50306-1355

(p)WISCONSIN DEPARTMENT OF JUSTICE
ATTN ATTN BANKRUPTCY DEPARTMENT
PO BOX 7857
17 WEST MAIN STREET
MADISON WI 53703-3960

Brown Industries, Inc.
101 South Chester Road
Swarthmore, PA 19081-1998

CLIA Laboratory Program
P.O. Box 530882
Atlanta, GA 30353-0882

CSE Mortgage LLC
c/o Kevin A. Stine, Esq.
Baker, Donelson, Bearman, Caldwell & Ber
3414 Peachtree Rd., NE, Suite 1600
Atlanta, GA 30326-1164

CSE Mortgage, LLC
5404 Wisconsin Avenue
2nd Floor
Chevy Chase, MD 20815-3585

CST Co. Incorporated
for ThyssenKrupp Elevator Corp.
PO Box 224768
Dallas, TX 75222-4768

Cambridge House
250 Bellebrook Road
Bristol, TN 37620-5623

CapitalSource Inc.
5404 Wisconsin Avenue
2nd Floor
Chevy Chase, MD 20815-3585

Carl Ratcliffe
3011 Quarls Drive
Canton, GA 30115-9200

Cathy L. Scarver as Trustee for the Bankrupt
P. O. Box 672587
Marietta, GA 30006-0044

Chamberlain Hrdlicka White
191 Peachtree Street, N.E.
34th Floor
Atlanta, GA 30303-1757

Charolette Dobson
1802 N. 23rd, #2
Superior, WI 54880-4879

Charter Communications
Attention: Cash Management
4670 E. Fulton, Suite 102
Ada, MI 49301-8409

Charter Communications
P.O. Box 3149
Milwaukee, WI 53201-3149

Chris Fitch
701 East 7th Street
Superior, WI 54880-3125

City of Superior
The Stark Collection Agency Inc
PO Box 45710
Madison, WI 53744-5710

City of Superior-Property Tax
Department of Finance
1316 N. 14th Street
Superior, WI 54880-1773

City of Superior-Stormwater Ut
51 E. 1st Street
Superior, WI 54880-3034

Claudia Brew
64 Highgate Street
Superior, WI 54880-4462

Clear Channel Radio
14 E. Central Entrance
Duluth, MN 55811-5508

Compensation Consultants
P.O. Box 72
Cloquet, MN 55720-0072

Complete Payment Recovery
3500 5th Street
Northport, AL 35476-4723

Comprehensive Care Services
P.O. Box 64668
Saint Paul, MN 55164-0668

Courtesy Cab Inc.
P.O. Box 784
Superior, WI 54880-0784

Crandall & Associates
P.O. Box 31060
Mesa, AZ 85275-1060

Crest Electronics Inc. DBA:
Crest Healthcare Supply
PO Box 727
Dassel, MN 55325-0727

Crest Healthcare Supply
P.O. Box 727
Dassel, MN 55325-0727

Cummins North Power, LLC
1600 Buerkle Road
White Bear Lake, MN 55110-5217

Custom Medical Solutions
7100 Northland Circle
Suite 410
Minneapolis, MN 55428-1500

DHFS
1316 North 4th Street
Suite 400
Superior, WI 54880

Daily Telegram
1226 Ogden Avenue
Superior, WI 54880-1584

Dalys DeRoma Group, Inc.
18200 45th Avenue No
Suite C
Minneapolis, MN 55446-4554

De Lage Landen Financial Svcs
P.O. Box 41602
Philadelphia, PA 19101-1602


DeWitt Ross & Stevens S.C.
Attn: Craig E. Stevenson, Esq.
Two E. Mifflin Street
Suite 600
Madison, WI 53703-2865

Faisal Delawalla
Bryan Cave LLP
Suite 4300
161 North Clark Street
Chicago, IL 60601-3430

Dewitt Ross & Stevens
Capitol Square Office
2 East Mifflin Street, Ste 600
Madison, WI 53703-2865


Direct Supply
P.O. Box 88201
Milwaukee, WI 53288-0201

Div. of Health Care Finance
P.O. Box 309
Madison, WI 53701-0309

Division of Quality Assurance
Box 93679
Milwaukee, WI 53293-0679


Douglas Co. Property Assessor
1313 Belknap Street
Superior, WI 54880-2795

Douglas County Treasurer
1313 Belknap Street
RM 102
Superior, WI 54880-2781

Douglas County Wisconsin
Corporation Counsel
1316 N. 14th St, Suite 301
Superior, WI 54880-1778


Duluth News Tribune
Finance Department
P.O. Box 169000
Duluth, MN 55816-9000

EDS
P.O. Box 244032
Montgomery, AL 36124-4032

ESC Systems
P.O. Box 1095
Duluth, MN 55810-0095


Ecolab
P.O. Box 905327
Charlotte, NC 28290-5327

Edith Nelson
c/o John Nelson
58090 Yderstad Road
Mason, WI 54856-3650

Essentia Health
P.O. Box 856582
Minneapolis, MN 55485-6582


Estate of Beatrice Strinmoen
202 E Water Street
Decorah, IA 52101-1804

Estate of Howard Durham
1724 Ohio Avenue
Superior, WI 54880-2015

Estate of Otto Kangas
1335 County Highway FF
Brule, WI 54820-9154


Estate of Thomas Rygg
c/o Janice Rygg
11583 S St. Croix Street #7
Solon Springs, WI 54873-8055

FRIENDSHIP-LTC LLC
10945 STATE BRIDGE ROAD
Alpharetta, GA 30022-8164

Federal Express
P.O. Box 94515
Palatine, IL 60094-4515


Fire & Industrial Sales, Inc.
P.O. Box 16712
Duluth, MN 55816-0712

Fireside LTC
10945 State Bridge Road
Suite 401-470
Alpharetta, GA 30022-8164

First Insurance Funding
450 Skokie Blvd
Suite 1000
Northbrook, IL 60062-7917


Five Rivers Management, LLC
10945 State Bridge
Suite 401-470
Alpharetta, GA 30022-8164

Floyd Adams
14607 S Street
Omaha, NE 68137-2621

Fred Molter
2424 John Avenue
Superior, WI 54880-4948

Gary Peterson, M.D.
8280 S. Cty Rd. A
Superior, WI 54880-8626

Gayer Erkel
11091 East Bardon Creek Rd
Maple, WI 54854-9128

David A. Geiger
Geiger Law, LLC
Suite 525
1275 Peachtree Street, NE
Atlanta, GA 30309-3527


Georgia Department of Labor
1700 Century Circle NE
Atlanta, GA 30345-3020

Georgia Department of Labor
P.O. Box 740234
Atlanta, GA 30374-0234

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202


Georgia Dept. of Labor
Suite 826
148 Andrew Young Inter. Blvd., NE
Atlanta GA 30303-1751

Georgia Dept. of Labor
Suite 910
148 Andrew Young Inter. Blvd., NE
Atlanta GA 30303-1751

Gimbel, Reilly, Guerin & Brown
Two Plaza East, Suite 1170
330 East Kilbourn Avenue
Milwaukee, WI 53202-6616


Glenda Duke
260 Ferguson Drive
Lexington, TN 38351-4726

Godfrey & Khan, S.C.
Attn: Carla Andres
200 S. Washington St., #100
Green Bay, WI 54301-4298

David E. Gordon
Dentons US LLP
Suite 5300
303 Peachtree Street, NE
Atlanta, GA 30308-3265


Great Bend LTC
1560 K96 Highway
Great Bend, KS 67530-3012

HP Holdings
5895 Windward Parkway
Suite 200
Alpharetta, GA 30005-8805

HP Superior, Inc.
5174 McGinnis Ferry Road
Suite 195
Alpharetta, GA 30005-1792


Hamilton Insurance Agency
4100 Monument Corner Drive
#500
Fairfax, VA 22030-8621

Harbor Centers, Inc.
P.O. Box 161318
Duluth, MN 55816-1318

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Road NW
Suite 555
Atlanta, GA 30305-4909


S. Gregory Hays
Hays Financial Consulting, LLC
Suite 200
3343 Peachtree Road, NE
Atlanta, GA 30326-1420

Hays Financial Consulting, LLC
2964 Peachtree Road NW
Suite 555
Atlanta, GA 30305-4909

Health Partners
8170 33rd Avenue South
7th Floor
Minneapolis, MN 55425-1614


Healthstar Staffing, Inc.
P.O. Box 9009
Saint Paul, MN 55109-0009

Hidden Hills
3110 Scott Circle
Omaha, NE 68112-2604

Hobart Sales and Service
2700 Tall Pine
Scanlon, MN 55720-2825


Home Medical Products & Svcs
300 Villa Drive
Hurley, WI 54534-1523

Internal Revenue Service
401 W. Peachtree Street NW
Atlanta, GA 30308

Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Jamar Company (Arrowhead)
4701 Mike Colalillo Drive
Duluth, MN 55807-2762

James A. Faunce-Zimmerman
PO Box 86
Wascott WI 54890-0086

James Conley
c/o Patrick Conley
4891 E. Conley Road
Superior, WI 54880-8452

Jennifer Sanda
2184 East Summitt Trail
Foxboro, WI 54836-9516

Joe P. Kimmes Oil Co., Inc.
6327 Tower Avenue
Superior, WI 54880-5925

John or Mary Ellen Flaherty
1915 N. 34th Street #135
Superior, WI 54880-5577

Johnson Control
P.O. Box 905240
Charlotte, NC 28290-5240

Juliana Lundberg
4101 London Road
Duluth, MN 55804-2246

KCI USA
P.O. Box 301557
Dallas, TX 75303-1557

KMart
2288 Gunbarrel Road
Chattanooga, TN 37421-2609

Kevin Helquist
Freedom Transportation Svcs
2805 Karl Avenue
Duluth, MN 55811-2833

Sean C. Kulka
Arnall, Golden, Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031

L.J. Daniels
116 Breckenridge Drive
Apt. 207
Hattiesburg, MS 39402-3506

LB Medwaste Services
8550 Development Ct
Wausau, WI 54401-9497

Lakewalk Surgery Center
1420 London Road
Suite 100
Bethel, MN 55005

Craig B. Lefkoff
Lefkoff Rubin Gleason Russo Williams PC
Suite 900
5555 Glenridge Connector
Atlanta, GA 30342-4762

Joshua J. Lewis
Parker, Hudson, Ranier & Dobbs, LLP
Suite 3600
303 Peachtree Street, NE
Atlanta, GA 30308-3225

Lincoln National Life Insuance
P.O. Box 0821
N. Suburban Fac, IL 60132-0821

Lisa McDonald
315 West Gibson
Jasper, TX 75951-4903

Long Term Care Services
5895 Windward Parkway
Suite 200
Alpharetta, GA 30005-8805

Loy Gotham
P.O. Box 962
Virginia, MN 55792-0962

Lucille Cashman
306 Davis Street
Lake Nebagamon, WI 54849

Macon & Company, Inc.
4887 N. Green Bay Avenue
Milwaukee, WI 53209-5727

Management and Network Svcs
P.O. Box 73996
Cleveland, OH 44193-0002

Marathon Shredding
39 N. 25th Street E
Superior, WI 54880-5246

Mariner Medical Clinic
915 E. 1st Street
Duluth, MN 55805-2107

MassMutual
fka Hartford Life Ins
P.O. Box 1583
Hartford, CT 06144-1583

Medco Equipment
30 Hilltop Road
Saint Joseph, WI 54082-2016

Medica
Attn: Recovery Services
P.O. Box 740804
Atlanta, GA 30374-0804

Melli, Walker, Pease & Ruhly
P.O. Box 1781
Madison, WI 53701-1781

Merwin Home Medical
3001 Louisana Avenue N
Suite A
New Hope, MN 55427-2944

Merwin IV & Speciality Pharm
1811 Old Highway 8 NW
Saint Paul, MN 55112-1828

```
Merwin LTC Pharmacy                 Meyer Law Office                    Michael S. Plsky, Esq.
c/o David A. Geiger                 10 East Doty Street                 Two Plaza East, Suite 1085
Ste. 525                            Suite 507                           330 East Kilbourn Avenue
1275 Peachtree Street NE            Madison, WI 53703-3397              Milwaukee, WI 53202-3170
Atlanta, GA 30309-3527


Midwest Medical Equipment           Mobility Solutions                  Nancy Gotham
4418 Haines Road #1200              7895 Convoy Ct                       c/o James Gotham
Duluth, MN 55811-1525              Suite 11                             60 Billings Drive
                                    San Diego, CA 92111-1215            Superior, WI 54880-4464



G. Frank Nason IV                   National Elevator Inspection        National Vision Administrators
Lamberth, Cifelli, Ellis & Nason, P.A.   P.O. Box 503067                Fiduciary Trust for FSLI
Suite 435                           St. Louis, MO 63150-3067            P.O. Box 28520
6000 Lake Forrest Drive, N.W.                                           New York, NY 10087-8520
Atlanta, GA 30328-3896


Northland Fire & Safety             Northwest Respiratory Services      Office of the United States Trustee
2213 East 5th Street                NW-7459                             362 Richard Russell Building
Superior, WI 54880-3708            P.O. Box 1450                        75 Ted Turner Drive, SW
                                    Minneapolis, WI 55485-7459          Atlanta, GA 30303-3315


Office of the United States Trustee   Omnicare Corporate                One Riverside
Ste. 362                            1600 River Center II                4401 Northside Parkway, Suite 450
75 Ted Turner Dr., SW,              100 East River Center Blvd          Atlanta, GA 30327-3011
Atlanta, GA 30303-3330             Covington, KY 41011-1555


Operating Engineers Local 139       Otis Elevator Company               Otis Elevator Company, et.al.
P.O. Box 160                        P.O. Box 73579                      Attn.Treasury Services-Credit/Coll.
Pewaukee, WI 53072-0160            Chicago, IL 60673-7579               1st floor
                                                                        1 Farm Springs
                                                                        Farmington CT 06032-2572


PMIC (Practice Management Inf)      Pan-O-Gold Baking Co.               Pathways To Achievement Inc.
4727 Wilshire Blvd                  NW 6281                             114 South 20th Avenue W
Los Angeles, CA 90010-3806          P.O. Box 1450                       Suite A
                                    Minneapolis, MN 55485-6281          Duluth, MN 55806-3526


Pathways Transport                  Pitney Bowes Global Financial       Platinum Care
30 E. Bayfield Street               P.O. Box 371887                     240 52nd Street
Washburn, WI 54891-4401            Pittsburgh, PA 15250-7887            Brooklyn, NY 11220-1715



Plaunt Plumbing & Heating           Plunkett's Pest Control             Positive Promotions
4701 Mike Colaillo Drive            40 NE 52nd Way                      15 Gilpin Avenue
Duluth, MN 55807-2762              Fridley, MN 55421-1014               Hauppauge, NY 11788-4723



Premier Diagnostic Imaging          Premium Assignment                 (p)PROFESSIONAL PORTABLE RADIOLOGICAL SERVICE
10800 Lyndale Avenue S              P.O. Box 8800                       755 CLIFF ROAD E
Suite 150                           3522 Thomasville Road               BURNSVILLE MN 55337-1536
Minneapolis, MN 55420-5698          Tallahassee, FL 32309-3488
```

Professional Portable X-Ray PPX
a/k/a Professional Portable
Radiologic Services Inc.
Alex Sagadin
755 Cliff Rd. E.
Burnsville MN 55337-1536

Purchase Power - Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15250-7874

Quickprint Inc.
P.O. Box 415
1908 Tower Avenue
Superior, WI 54880-2545

RF Technologies, Inc.
P.O. Box 8444
Carol Stream, IL 60197-8444

Ashley Reynolds Ray
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327-3065

Recovercare, LLC
1920 Stanley Gault Pkwy
Suite 100
Louisville, KY 40223-4209

Retrofit Companies, Inc.
1010 Hoffman Drive, #A
Owatonna, MN 55060-1154

Scott B. Riddle
Law Office of Scott B. Riddle, LLC
Suite 1800
3340 Peachtree Road, NE
Atlanta, GA 30326-1064

Rob Fuhrman
3316 N. 19th Street
Superior, WI 54880-2108

Robertson Ryan & Assoc., Inc.
330 E. Kilbourn Avenue
Suite 650
Milwaukee, WI 53202-3175

Rosewood LTC
7700 Mesquite Pass
Converse, TX 78109-2461

Royalton Manor LLC
c/o Robert R. Kanuit
Fryberger,Buchanan,Smith&Frederick,PA
302 W Superior St
Duluth MN 55802-1802

Royalton Manor, LLC
B8 Aspen Court
Superior, WI 54880-6514

Royalton Manor, LLC
c/o Scott B. Riddle, Esq.
3340 Peachtree Road, NE, Suite 1800
Atlanta, GA 30326-1064

Royalton Manor, LLC
c/o Scott B. Riddle, Esq.
Suite 1800,  Tower Place
3340 Peachtree Road NE
Atlanta, GA 30326-1000

SFM Mutual Insurance Company
Commercial Collectors, Inc.
PO Box 337
Montrose, MN 55363-0337

SMDC Clinical Lab (Essentia)
Attn: Billing Specialist
407 E. 3rd Street
Duluth, MN 55805-1984

Scan Air Filter, Inc.
P.O. Box 7251
Minneapolis, MN 55407-0251

Sea Isle Corporation
P.O. Box 81021
Pittsburgh, PA 15217-0521

Select Rehabilitation, Inc.
2600 Compass Road
Glenview, IL 60026-8001

Select Rehabilitations, Inc.
550 Frontage Road
Suite 2415
Winnetka, IL 60093-1212

Service Electric of Superior
P.O. Box 625
Superior, WI 54880-0625

Service Electric of Superior Inc.
Service Electric, Inc
107 Belknap St.
Superior WI 54880-2925

Servpro of the Twin Ports
4201 West 1st Street
Duluth, MN 55807-2761

Gus H. Small
Cohen Pollock Merlin & Small, PC
Suite 1600
3350 Riverwood Parkway
Atlanta, GA 30339-3359

Specialty Property Appraisals
300 South Pointe Drive #2302
Miami, FL 33139-7329

St. Germain's Glass Co.
212 N. 40th Ave W
Duluth, MN 55807-2835

St. Luke's Hospital
915 East 1st Street
Duluth, MN 55805-2193

St. Mary's Hospital Superior
3500 Tower Avenue
Superior, WI 54880-5395

Staples
Dept. HNJ
P.O. Box 30851
Hartford, CT 06150-0001

State of Minnesota Department of Revenue
Bankruptcy Section
PO Box 64447 BKY
St Paul MN 55164-0447

State of Minnesota, Department of Revenue
Bankruptcy Section
PO Box 6447 - BKY
St Paul, MN 55106

State of Wisconsin
Department of Revenue
Post Office Box 8901
Madison, Wisconsin 53708-8901

State of Wisconsin
Dept of Safety & Prof Services
P.O. Box 93086
Milwaukee, WI 53293-3086

State of Wisconsin
Division of Quality Assurance
1 W. Wilson St., PO Box 2969
Madison, WI 53701-2969

State of Wisconsin, DWD - Unemployment Insur
State of Wisconsin, DWD - UI
P.O. Box 8914
Madison, WI 53708-8914

State of Wisconsin-Dept. of Health Services
F. Mark Bromley-Dept. of Justice
P. O. Box 7857
Madison, WI 53707-7857

(p)STERICYCLE  INC
2355 WAUKEGAN ROAD
BANNOCKBURN IL 60015-5501

Craig E. Stevenson
Two East Mifflin Street, Suite 600
Madison, WI 53703-2865

Kevin A. Stine
Baker Donelson
Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, GA 30326-1153

Superior Entrance Systems
823 Belknap Street
Suite 112
Superior, WI 54880-2974

Superior Flavors, LLC
528 Tower Avenue
Superior, WI 54880-1051

Superior Healthcare Investors
5895 Windward Parkway
Suite 200
Alpharetta, GA 30005-8805

Superior USA Corporation
525 Lake Avenue S
Suite 410
Duluth, MN 55802-2366

Superior Water Light & Power
P.O. Box 169003
Duluth, MN 55816-9003

Superior-Douglas Co Chmbr Comm
205 Belknap Street
Superior, WI 54880-2927

Telephone Associates
P.O. Box 1436
Superior, WI 54880-0230

Thyssen Krupp Elevator
P.O. Box 933004
Atlanta, GA 31193-3004

ThyssenKrupp Elevator Corp.
c/o CST Co.
PO Box 224768
Dallas, TX 75222-4768

Till, Salzer & Blank Ltd.
Suite 318
1225 Tower Avenue
Superior, WI 54880-1545

Tim's Dairy
3517 Trinity Road
Duluth, MN 55811-3305

Torvinen Jones and Routh, S.C.
823 Belknap Street
Suite 222
Superior, WI 54880-2977

R. Jeneane Treace
Assistant United States Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Tri-State Business Systems
2829 Banks Avenue
Superior, WI 54880-5588

Twin Ports Custom Climate
1318 Oakes Avenue
Superior, WI 54880-1430

U. S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta GA 30303-3315

U.S. Foodservice
P.O. Box 850112
Oklahoma City, OK 73185-0112

UNUM Life Ins Co of America
PO Box 409548
Atlanta, GA 30384-9548

US Foods, Inc.
c/o Bryan Cave LLP
161 N. Clark Street
Suite 4300
Chicago, IL 60601-3315

UW-Superior Career Services
P.O. Box 2000
Superior, WI 54880-4500

Ultimate Construction Services
3025 Harbor Lane North
Suite 410
Minneapolis, MN 55447-5142

United Healthcare
Attn: Refund Dept
P.O. Box 30304
Salt Lake City, UT 84130-0304

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


UnitedHealthcare Insurance Company
c/o Rachel A. Smith, CDM, UHC
185 Asylum Street - 03B
Hartford, CT 06103-3408

WDIO-TV / WIRT-13
P.O. Box 16897
Duluth, MN 55816-0897

WI Dept of Justice
Crime Informatiuon Bureau
P.O. Box 2688
Madison, WI 53701-2688


WI Div Unemployment Insurance
Workforce Development
PO Box 78960
Milwaukee, WI 53278-8960

WI-DHFS Estate Recovery Prog
313 Blettner Blvd
Madison, WI 53784-0013

WIPFLI CPAs and Consultants
3703 Oakwood Hills Parkway
P.O. Box 690
Eau Claire, WI 54702-0690


WPS Health Insurance
P.O. Box 8688
Madison, WI 53708-8688

Waste Management of WI-MN
P.O. Box 4648
Carol Stream, IL 60197-4648

David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330


Westview Manor of Peabody
500 Peabody Street
Peabody, KS 66866-1206

William Arnold
P.O. Box 963
Superior, WI 54880-0010

J. Robert Williamson
Scroggins & Williamson, P.C.
One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30327-3065


Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

Wisconsin Dept Health & Family
Drawer #594
Milwaukee, WI 53293-0594

Wisconsin Dept Safety & Prof
DSPS - Industry Svcs Invoicing
P.O. Box 93086
Milwaukee, WI 53293-3086


Wisconsin Dept of Revenue
PO Box 8908
Madison, WI 53708-8908

Wisconsin Dept. of Revenue
PO Box 8920
Madison, WI 53708-8920

Wisconsin Medicaid
Cash Unit
6406 Bridge Road
Madison, WI 53784-0004


Woodland Park LTC
101 Woodland Park Drive
Shepherd, TX 77371-6497

Young Plumbing and Heating
5223 Oakes Avenue
Superior, WI 54880-5756

Ziemer Stayman Weitzel
20 N.W. First Street
P.O. Box 916
Evansville, IN 47706-0916


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


F. Mark Bromley
Wisconsin Dept. of Justice
P. O. Box 7857
Madison, WI 53707-7857

Georgia Department of Revenue
P.O. Box 740387
Atlanta, GA 30374-0387

(d)Georgia Department of Revenue
PO Box 105499
Atlanta, GA 30348-5499

(d)Georgia Dept of Revenue
Bankruptcy Section
1800 Century Blvd NE Ste 17200
Atlanta, GA 30345-3206

Professional Portable X-Ray
4801 W. 81st Street
Suite 118
Bloomington, MN 55437-1111

(d)State of Wisconsin
P. O. Box 7857
Madison, WI 53707-7857


Stericycle
P.O. Box 6575
Carol Stream, IL 60197-6575




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)AEGIS Therapies, Inc.

(u)AltaCare Corporation

(d)AltaCare Corporation
5895 Windward Parkway
Suite 200
Alpharetta, GA 30005-8805


(u)Heather A. Bruemmer

(u)CSE Mortgage LLC

(u)DeWitt Ross & Stevens, S.C.


(u)Fireside-LTC, LLC

(u)Five Rivers Management, LLC

(u)Great Bend-LTC, LLC


(u)LTC of Illinois-Friendship, Inc.

(u)Long Term Care

(u)Merwin LTC Pharmacy


(u)Rosewood-LTC, LLC

(u)Royalton Manor, LLC

(u)Scroggins & Williamson, P.C.


(u)Superior WI Realty LLC

(d)Wisconsin Department of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

(u)Woodland Park-LTC, LLC


(u)annLeo, Inc.

End of Label Matrix
Mailable recipients    263
Bypassed recipients     19
Total                  282