

**IT IS ORDERED as set forth below:**

Date: January 11, 2022

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HP/ SUPERIOR, INC. | ) | CASE NO. 14-71797 - PWB |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| S. GREGORY HAYS, Trustee of the Estate of HP/Superior, Inc., | ) | CONTESTED MATTER |
| | ) | |
| Objector, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES A. FAUNCE-ZIMMERMAN, | ) | |
| | ) | |
| Claimant. | ) | |

**ORDER SUSTAINING OBJECTION TO
PROOF OF CLAIM NO. 27-1 FILED BY JAMES A. FAUNCE-ZIMMERMAN**

On November 30, 2021, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate HP/Superior, Inc., filed an objection (the "**Objection**") to Claim No. 27-1 (the

1

17605731v1

"**Claim**") filed by James A. Faunce-Zimmerman ("**Claimant**") and a notice of requirement of response and notice of hearing (the "**Notice**") setting a hearing (the "**Hearing**") on the Objection for January 6, 2021 [Doc. No. 272]. Counsel for Trustee certifies that he served the Objection and the Notice on all requisite parties in interest. [Doc. No. 272].

In the Objection, Trustee requested that the Claim be reclassified and allowed as a priority claim under 11 U.S.C. § 507(a)(7) in the amount of $2,775.00 and as a non-priority, general unsecured claim in the amount of $330.00.

No party in interest filed a response to the Objection.

Counsel for Trustee appeared at the calendar call for the Hearing. No creditor or other party interest appeared at the calendar call for the Hearing.

The Court having considered the Objection and the entire record in this bankruptcy case and no parties in interest having filed or served a response to the Objection or appearing at the Hearing to oppose the relief requested in the Objection; and, for good cause shown, it is hereby

**ORDERED** that the Objection is **SUSTAINED**: Claim No. 27-1 is reclassified and allowed as a priority claim under 11 U.S.C. § 507(a)(7) in the amount of $2,775.00 and as a non-priority, general unsecured claim in the amount of $330.00.

**[END OF DOCUMENT]**

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-7030/ Fax:  (404) 873-7031
michael.bargar@agg.com

17605731v1

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

James A. Faunce-Zimmerman
P.O. Box 86
Wascott, WI  54890

David S. Weidenbaum
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd, NW, Suite 555
Atlanta, GA 30305

Ashley Reynolds Ray
Scroggins & Williamson One Riverside, Suite 450
4401 Northside Parkway
Atlanta, GA 30237

HP/Superior, Inc.
5174 McGinnis Ferry Road
Suite 195
Alpharetta, GA 30005

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

17605731v1